AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

State of Texas; State of Louisiana

*Plaintiff(s)*

v.

United States of America; Alejandro Mayorkas, Sec'y of the US Dept. of Homeland Security; US Dept. of Homeland Security; et al.

*Defendant(s)*

Civil Action No. 6:21-cv-00016

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States of America
c/o Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Patrick K. Sweeten
Deputy Attorney General for Special Litigation
Office of the Attorney General
P. O. Box 12548, MC-009
Austin, TX 78711-2548

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

Date: April 12, 2021

s/ C. Dickie
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:21-cv-00016

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United States of America
was received by me on *(date)* 04/12/21 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 04/20/21

/s/ Ryan D. Walters
*Server's signature*

Ryan D. Walters, Special Counsel

*Printed name and title*

Office of the Attorney General
P. O. Box 12548 (MC-009)
Austin, TX 78711-2548

*Server's address*

Additional information regarding attempted service, etc:

Pursuant to the 12/15/20 Memorandum of the U.S. Attorney for the Southern District of Texas titled "Service of Process on the United States Attorney in Civil Cases" (Exhibit A), I served this summons, the complaint filed in this action, the Order for Conference and Disclosure of Interested Parties entered 04/09/21 and Judge Tipton's Court Procedures via email to the U.S. Attorney for the Southern District of Texas on 04/12/21. Service was effected on 04/12/21 via email acknowledgement of the U.S. Attorney's Office (Exhibit B). In addition, on 04/13/21, I served copies of said documents via certified mail, return receipt requested, on the U.S. Attorney for the Southern District of Texas and on the United States of America.



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Texas*

---

*U.S. Attorney's Office*        *Phone (713) 567-9000*
*1000 Louisiana, Suite 2300,*   *Fax (713) 718-3300*
*Houston, Texas 77002*

December 15, 2020

## SERVICE OF PROCESS ON THE UNITED STATES ATTORNEY IN CIVIL CASES

As a temporary measure due to COVID-19 concerns, service on the United States Attorney in civil cases shall be via email and US mail as follows:

A copy of any summons, complaint or emergency motion shall be emailed to USATXS.CivilNotice@usdoj.gov.  A paper copy shall be mailed to the Civil Process Clerk, United States Attorney's Office, 1000 Louisiana St., Suite 2300, Houston, Texas  77002. Hand delivery may not be accepted.  Please do not use this e-mail box for general pleadings or correspondence.

Service will not be deemed effected until you receive an e-mail acknowledgement from our office.  This emergency accommodation will expire on June 30, 2021.

Ryan K. Patrick
United States Attorney

## Saunders, Elizabeth

| | |
|---|---|
| **From:** | Hu, Daniel (USATXS) <Daniel.Hu@usdoj.gov> |
| **Sent:** | Monday, April 12, 2021 2:28 PM |
| **To:** | Walters, Ryan; USATXS-CivilNotice |
| **Cc:** | Saunders, Elizabeth |
| **Subject:** | RE: State of Texas, et al. v. Biden, et al., No. 6:21-cv-00016 (S. D. Tex. - Victoria Division) (Tipton, J.) |

Service acknowledged

**From:** Walters, Ryan <Ryan.Walters@oag.texas.gov>
**Sent:** Monday, April 12, 2021 2:22 PM
**To:** USATXS-CivilNotice <USATXS-CivilNotice@usa.doj.gov>
**Cc:** Saunders, Elizabeth <Elizabeth.Saunders@oag.texas.gov>
**Subject:** RE: State of Texas, et al. v. Biden, et al., No. 6:21-cv-00016 (S. D. Tex. - Victoria Division) (Tipton, J.)

Pursuant to your office's advisory (https://www.justice.gov/usao-sdtx/pr/service-process-united-states-attorney-civil-cases), please find the process in the above-captioned case, also served by mail to: Civil Process Clerk, United States Attorney's Office, 1000 Louisiana St., Suite 2300, Houston, Texas 77002.  This includes the summonses issued to all Defendants, a copy of the complaint filed, the Court's Order for Scheduling Conference and Disclosure of Interested Parties, and Judge Tipton's Court Procedures.

Thank you.



**Ryan D. Walters**
Special Counsel
Special Litigation Unit
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548 (MC 009)
Austin, TX  78711-2548
Phone: (512) 936-2714
Fax: (512) 457-4410
Ryan.Walters@oag.texas.gov

*This message may be confidential and/or privileged under Government Code sections 552.101, 552.103, 552.107, and 552.111 and should not be disclosed without the express authorization of the Attorney General.*

1