IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS; STATE OF LOUISIANA | : : | No. 6:21-cv-16 |
| Plaintiffs | : : | |
| v. | : : | |
| The UNITED STATES OF AMERICA, ET. AL. | : : : | |
| Defendants | : | |

### MOTION FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF THE STATE OF TEXAS AND STATE OF LOUISIANA

The Advocates for Victims of Illegal Alien Crime ("AVIAC") respectfully request this Court's permission to file an amicus brief in support of the State of Texas' and State of Louisiana's motion for a preliminary injunction (ECF No. 18).

Advocates for Victims of Illegal Alien Crime ("AVIAC") is an advocacy organization founded and led by individuals, including Texans, who have lost family members because of crimes committed by illegal aliens. AVIAC's mission is to be both a source of support for such victims across the country and an advocate for policies that will enforce the nation's immigration laws and prevent government actors from sheltering illegal aliens, particularly criminal aliens, from deportation. AVIAC therefore takes an interest in the case at bar challenging government action that frustrates the enforcement of immigration laws.

"The extent, if any, to which an amicus curiae should be permitted to participate in a pending action is solely within the broad discretion of the district

court." *Sierra Club v. Fed. Emergency Mgmt. Agency*, 2007 WL 3472851, at *1 (S.D. Tex. Nov. 14, 2007) AVIAC believes that its proposed amicus brief will assist this Court in deciding the issues before it. The proposed amicus brief is attached, and proposed amicus respectfully requests that this Court grant them leave to file it.

AVIAC has received no objection from either plaintiff or defendant to the filing of this motion.

Date: May 10, 2021

                                                Respectfully submitted,

*/s/ Walter S. Zimolong, Esq.*
Walter S. Zimolong, Esquire
Southern District of Texas Bar No. 3633724
wally@zimolonglaw.com
353 West Lancaster Avenue, Suite 300
Wayne, PA 19087
(215) 665-0842

*/s/ Lorraine G. Woodwark, Esq.*
Lorraine G. Woodwark, Esquire
Attorneys United for a Secure America (AUSA)
25 Massachusetts Avenue NW, Ste 335
Washington, D.C. 20001
(202) 591-0962
LWoodwark@IRLI.org

*Counsel for Amicus Curiae, Advocates for Victims of Illegal Alien*