IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS; STATE OF LOUISIANA | : | No. 6:21-cv-16 |
| Plaintiffs | : | |
| v. | : | |
| The UNITED STATES OF AMERICA, ET. AL. | : | |
| Defendants | : | |

## ORDER [PROPOSED]

AND NOW, this _____ day of May 2021, on considering the unopposed motion of Advocates for Illegal Alien Crime for leave to file a brief as amicus curiae in support of plaintiffs', State of Texas and State of Louisiana, motion for a preliminary injunction, it is hereby **ORDERED** that the Motion for Leave to File is **GRANTED**; and it is **FURTHER ORDERED** that the Clerk is directed to file the amicus curiae brief attached as Exhibit A to the Motion for Leave to File.

BY THE COURT:

_____
The Honorable Drew B. Tipton