UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| **STATE OF TEXAS and** § <br> **STATE OF LOUISIANA,** § <br> § <br> **Plaintiffs,** § <br> § <br> **v.** § <br> § <br> **UNITED STATES OF AMERICA,** § <br> **ALEJANDRO MAYORKAS, UNITED** § <br> **STATES DEPARTMENT OF HOMELAND** § <br> **SECURITY, TROY MILLER, U.S.** § <br> **CUSTOMS AND BORDER PROTECTION,** § <br> **TAE JOHNSON, U.S. IMMIGRATION** § <br> **AND CUSTOMS ENFORCEMENT,** § <br> **TRACY RENAUD, U.S. CITIZENSHIP** § <br> **AND IMMIGRATION SERVICES,** § <br> § <br> **Defendants.** § | **Civil Case No. 6:21-CV-00016** |

## ORDER

Pending before the Court is Motion for Leave to File Amicus Brief in Support of the State of Texas and State of Louisiana. (Dkt. No. 23). After reviewing the Motion, the record and the applicable law, the Court is of the opinion that it should be **GRANTED**.

It is SO ORDERED.

SIGNED this May 10, 2021.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**