United States District Court
Southern District of Texas
**ENTERED**
May 19, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:21-cv-00016 |
|---|---|---|---|

| State of Texas; State of Louisiana |
|---|
| *versus* |
| United States of America, et al. |

United States Courts
Southern District of Texas
FILED
MAY 14 2021
Nathan Ochsner
Clerk of Court

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Matt A. Crapo<br>Immigration Reform Law Institute<br>25 Massachusetts Ave., NW, Suite 335<br>Washington, DC 20001<br>571-435-3582; matt.crapo@pm.me; litigation@irli.org<br>Dist. of Columbia; 473355<br>9th Circuit Court of Appeals |
|---|---|

| Name of party applicant seeks to appear for: | Immigration Reform Law Institute (as amicus curiae) |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 5/12/2021 | Signed: *Matt Crapo* |
|---|---|

The state bar reports that the applicant's status is: Good Standing

| Dated: 5/17/2021 | Clerk's signature *Brittany [illegible]* |
|---|---|

**Order**

Dated: May 19, 2021

**This lawyer is admitted *pro hac vice*.**

*Drew B Tipton*
United States District Judge