UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

|  |  |
|---|---|
| STATE OF TEXAS, STATE OF LOUISIANA <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.* <br><br> Defendants. | ))))))))))))) No. 6:21-cv-00016 |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO PLAINTIFFS' COMPLAINT**

Defendants hereby move this Court to extend the time for Defendants to answer or respond to Plaintiffs' Complaint until 30 days after the Court rules on Plaintiffs' pending Motion for Preliminary Injunction (ECF No. 18). Otherwise, Defendants' responsive pleading to Plaintiffs' Complaint would be due June 11, 2021. Defendants have conferred with Plaintiffs concerning this motion. Plaintiffs do not oppose Defendants' request for an extension of time except insofar as it would have collateral consequences for issues like the availability of discovery or consolidation under Rule 65. Plaintiffs preserve their position that, in the event such issues arise, any delay in filing a responsive pleading should not prejudice the resolution of those issues.

Good cause exists for such an extension. The Court's resolution of Plaintiffs' Motion for Preliminary Injunction is likely to substantially affect subsequent proceedings in this litigation. Accordingly, extending the time for Defendants to answer or otherwise respond until 30 days after the Court resolves that motion will likely conserve the Parties' and the Court's resources. No previous extensions have been sought or granted. A proposed order is attached.

Dated: June 7, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

 /s/ Adam Kirschner
ADAM D. KIRSCHNER
Attorney-in-charge
IL Bar. No. 6286601
Senior Trial Counsel
BRIAN C. ROSEN-SHAUD
ME Bar No. 006018
MICHAEL F. KNAPP
CA Bar No. 314104
KUNTAL CHOLERA
DC Bar No. 1031523
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 353-9265
Fax: (202) 616-8460
Email: Adam.Kirschner@usdoj.gov
          Brian.C.Rosen-Shaud@usdoj.gov
          Michael.F.Knapp@usdoj.gov
          Kuntal.Cholera@usdoj.gov

Mailing Address:
Post Office Box 883
Washington, D.C. 20044

Courier Address
1100 L Street NW, Room 11020
Washington, D.C. 20005

EREZ REUVENI
CA Bar No. 264124
Assistant Director
U.S. Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044

        202-307-4293 (telephone)
        Email: Erez.R.Reuveni@usdoj.gov

*Counsel for Defendants*

DANIEL DAVID HU
Assistant United States Attorney
Chief, Civil Division
State Bar No. 10131415
S.D. I.D. 7959
Southern District of Texas
1000 Louisiana, Suite 2300 Houston, TX 77002
Tel: (713) 567-9000
Fax: (713) 718-3300
Daniel.Hu@usdoj.gov

*Local Counsel*

## CERTIFICATE OF COMPLIANCE

I certify that the total number of words in this motion, exclusive of the matters designated for omission, is 181, as counted by Microsoft Word.

        */s/ Adam D. Kirschner*
        ADAM D. KIRSCHNER

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on June 7, 2021.

        */s/ Adam D. Kirschner*
        ADAM D. KIRSCHNER