United States District Court
Southern District of Texas
**ENTERED**
June 08, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| **STATE OF TEXAS and** § <br> **STATE OF LOUISIANA,** § <br> § <br> **Plaintiffs,** § <br> § <br> v. § <br> § <br> **UNITED STATES OF AMERICA,** § <br> **ALEJANDRO MAYORKAS, UNITED** § <br> **STATES DEPARTMENT OF HOMELAND** § <br> **SECURITY, TROY MILLER, U.S.** § <br> **CUSTOMS AND BORDER PROTECTION,** § <br> **TAE JOHNSON, U.S. IMMIGRATION** § <br> **AND CUSTOMS ENFORCEMENT,** § <br> **TRACY RENAUD and U.S. CITIZENSHIP** § <br> **AND IMMIGRATION SERVICES,** § <br> § <br> **Defendants.** § | **Civil Case No. 6:21-CV-00016** |

**ORDER**

Pending before the Court is Defendants' Unopposed Motion for Extension of Time to File Response to Plaintiffs' Complaint. (Dkt. No. 54). After reviewing the Motion, the record and the applicable law, the Court is of the opinion that it should be **GRANTED**.

Defendants shall answer or otherwise respond to Plaintiffs' Complaint no later than 30 days after the Court rules on Plaintiffs' Motion for Preliminary Injunction. (Dkt. No. 18).

It is SO ORDERED.

Signed on June 7, 2021.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**