UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, STATE OF LOUISIANA<br><br>　　　　　　　Plaintiff,<br>v.<br>UNITED STATES OF AMERICA, *et al.*<br>　　　　　　　Defendants. | No. 6:21-cv-00016 |

**JOINT MOTION TO VACATE AND RESCHEDULE
CASE MANAGEMENT CONFERENCE**

The parties hereby move this Court to vacate the case management conference set for June 30, 2021, *see* ECF No. 3, and reschedule it, if necessary, for 30 days after resolution of Defendants' anticipated motion to dismiss. Currently, Defendants' response to Plaintiffs' complaint is due 30 days after this Court decides the Plaintiffs' motion for a preliminary injunction, *see* ECF No. 55.

Good cause exists for rescheduling the case management conference. The Court's resolution of Plaintiffs' motion for preliminary injunction and Defendants' anticipated motion to dismiss would likely substantially affect subsequent proceedings in this litigation and inform any case management conference. No previous extensions of the case management conference have been sought or granted. A proposed order is attached.

Date: June 16, 2021                                     Respectfully submitted.

KEN PAXTON                                              /s/Patrick K. Sweeten
Attorney General of Texas                               PATRICK K. SWEETEN
                                                        Deputy Attorney General for Special Litigation
BRENT WEBSTER                                           *Attorney-in-Charge*
First Assistant Attorney General                        Texas Bar No. 00798537
                                                        Southern District of Texas Bar No. 1829509
JUDD E. STONE II
Solicitor General                                       WILLIAM T. THOMPSON
                                                        Deputy Chief, Special Litigation Unit
                                                        Texas Bar No. 24088531
                                                        Southern District of Texas Bar No. 3053077

                                                        RYAN D. WALTERS
                                                        Special Counsel, Special Litigation Unit
                                                        Texas Bar No. 24105085
                                                        Southern District of Texas Bar No. 3369185

                                                        OFFICE OF THE ATTORNEY GENERAL
                                                        SPECIAL LITIGATION UNIT
                                                        P.O. Box 12548 (MC-009)
                                                        Austin, Texas 78711-2548
                                                        Tel.: (512) 463-2100
                                                        Fax: (512) 936-0545
                                                        patrick.sweeten@oag.texas.gov
                                                        will.thompson@oag.texas.gov
                                                        ryan.walters@oag.texas.gov

                                                        **COUNSEL FOR PLAINTIFF STATE OF TEXAS**

JEFF LANDRY
LOUISIANA ATTORNEY GENERAL

/s/Elizabeth B. Murrill
ELIZABETH B. MURRILL
Solicitor General
JOSEPH S. ST. JOHN
Deputy Solicitor General

LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third St.
Baton Rouge, LA 70804
(225) 326-6766
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov

COUNSEL FOR PLAINTIFF STATE OF LOUISIANA


BRIAN M. BOYNTON
Acting Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

 /s/ Adam Kirschner
ADAM D. KIRSCHNER
Attorney-in-charge
IL Bar. No. 6286601
Senior Trial Counsel
BRIAN C. ROSEN-SHAUD
ME Bar No. 006018
MICHAEL F. KNAPP
CA Bar No. 314104
KUNTAL CHOLERA
DC Bar No. 1031523
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 353-9265
Fax: (202) 616-8460
Email: Adam.Kirschner@usdoj.gov
          Brian.C.Rosen-Shaud@usdoj.gov
          Michael.F.Knapp@usdoj.gov
          Kuntal.Cholera@usdoj.gov

<u>Mailing Address:</u>
Post Office Box 883
Washington, D.C. 20044

<u>Courier Address</u>
1100 L Street NW, Room 11020
Washington, D.C. 20005

EREZ REUVENI
CA Bar No. 264124
Assistant Director
U.S. Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
202-307-4293 (telephone)
Email: Erez.R.Reuveni@usdoj.gov

*Counsel for Defendants*


DANIEL DAVID HU
Assistant United States Attorney
Chief, Civil Division
State Bar No. 10131415
S.D. I.D. 7959
Southern District of Texas
1000 Louisiana, Suite 2300 Houston, TX 77002
Tel: (713) 567-9000
Fax: (713) 718-3300
Daniel.Hu@usdoj.gov

*Local Counsel for Defendants*

## CERTIFICATE OF COMPLIANCE

I certify that the total number of words in this motion, exclusive of the matters designated for omission, is 119, as counted by Microsoft Word.

*/s/ Adam D. Kirschner*
ADAM D. KIRSCHNER

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on June 16, 2021.

>  */s/ Adam D. Kirschner*
> ADAM D. KIRSCHNER