UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, STATE OF LOUISIANA<br><br>                Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA, *et al.*<br><br>                Defendants. | No. 6:21-cv-00016 |

**[PROPOSED] ORDER**

Upon consideration of the Parties' Joint Motion to Vacate and Reschedule the Case Management Conference, the Court rules as follows.

IT IS HEREBY ORDERED that the Case Management Conference set for June 30, 20201, is VACATED, and is hereby rescheduled, if necessary, for 30 days after this Court rules on any motion to dismiss.

It is SO ORDERED.

June __, 2021

                                                                                                                                                                                                     _____
                                                                                                                                                                                                    Drew B. Tipton
                                                                                                                                                                                                    United States District Judge