United States District Court
Southern District of Texas
**ENTERED**
June 24, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## VICTORIA DIVISION

| | | |
|---|---|---|
| **STATE OF TEXAS and** | § | |
| **STATE OF LOUISIANA,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 6:21-cv-00016** |
| | § | |
| **UNITED STATES OF AMERICA,** | § | |
| **ALEJANDRO MAYORKAS, UNITED** | § | |
| **STATES DEPARTMENT OF HOMELAND** | § | |
| **SECURITY, TROY MILLER, U.S.** | § | |
| **CUSTOMS AND BORDER PROTECTION,** | § | |
| **TAE JOHNSON, U.S. IMMIGRATION** | § | |
| **AND CUSTOMS ENFORCEMENT,** | § | |
| **TRACY RENAUD, and U.S. CITIZENSHIP** | § | |
| **AND IMMIGRATION SERVICES,** | § | |
| | § | |
| **Defendants.** | § | |

## <u>NOTICE TO THE PARTIES</u>

The Court **ORDERS** the Parties to file responses to the following questions by **June 28, 2021**:

1.   In *Arizona v. Department of Homeland Security*, 2:21-cv-00186-SRB, the Defendants alerted that court to new guidance on immigration enforcement priorities that the Defendants anticipate will be published in early July. This guidance was scheduled to be released 90 days after the publication of the February 18 Memorandum.

    a.   Will that new guidance supersede the February 18 Memorandum?

    b.   What effect will the new guidance have on the January 20 and February 18 Memoranda?

2.   Will the issuance of this new guidance impact the claims raised by the Plaintiffs in the case before this Court?  If so, how?

3.      Do the Defendants have any additional information as to when this new guidance

will be published?

It is SO ORDERED.

Signed on June 24, 2021.

**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**