# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

State of Texas, et al.

v.   Case Number: 6:21−cv−00016

United States of America, et al.

---

## Notice of Setting

**A proceeding has been set in this case as set forth below.**

**BEFORE:**
**Judge Drew B Tipton**

**LOCATION:**
by video

Martin Luther King, Jr., Federal Building
312 S. Main
Victoria, TX 77901

**DATE:** 7/2/2021

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Status Conference

---

Date:   June 29, 2021                                                                 Nathan Ochsner, Clerk