# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS; STATE OF LOUISIANA,<br><br>*Plaintiffs*,<br><br>v.<br><br>The UNITED STATES OF AMERICA; ALEJANDRO MAYORKAS, Secretary of the United States Department of Homeland Security, in his official capacity; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TROY MILLER, Senior Official Performing the Duties of the Commissioner of U.S. Customs and Border Protection, in his official capacity; U.S. CUSTOMS AND BORDER PROTECTION; TAE JOHNSON, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TRACY RENAUD, Senior Official Performing the Duties of the Director of the U.S. Citizenship and Immigration Services, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>*Defendants*. | Civ. Action No. 6:21-cv-00016 |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs submit the following Notice of Supplemental Authority to advise the Court of two recent decisions enjoining unlawful federal agency action related to immigration.

First, in *Texas v. Biden*, No. 2:21-cv-67, 2021 WL 3603341 (N.D. Tex. Aug. 13, 2021), the court held that DHS's attempted rescission of the Migrant Protection Protocols violated the Administrative Procedure Act ("APA") as well as the Immigration and Nationality Act ("INA"). *See* Ex. A. It both vacated the relevant agency memorandum and ordered the federal government "to enforce and implement MPP *in good faith*" until the identified legal defects could be cured. Ex. A at 52; 2021 WL 3603341 at *27.

Second, in *Texas v. United States*, No. 1:18-cv-68, 2021 WL 3025857 (S.D. Tex. July 16, 2021), the court held that DHS's Deferred Action for Childhood Arrivals ("DACA") policy was unlawful. *See* Ex. B. Judge Hanen "vacated" the "DACA Memorandum and the DACA program that it created" and "enjoined [DHS] from approving any new DACA applications and granting the attendant status." Ex. B at 77; 2021 WL 3025857, at *41. The court entered a separate permanent injunction. *See* Ex. C.

Both decisions are relevant to many of the issues currently before this Court. Both courts held that (1) the plaintiff States had standing to challenge the federal government's immigration policies, (2) review was appropriate under the APA, (3) the federal defendants had violated the APA and the INA, and (4) the plaintiff States were entitled to injunctive relief.

| | |
|---|---|
| Date: August 16, 2021 | Respectfully submitted. |
| | |
| KEN PAXTON<br>Attorney General of Texas | /s/ Patrick K. Sweeten<br>PATRICK K. SWEETEN<br>Deputy Attorney General for Special Litigation |
| BRENT WEBSTER<br>First Assistant Attorney General | Attorney-in-Charge<br>Texas Bar No. 00798537<br>Southern District of Texas Bar No. 1829509<br>patrick.sweeten@oag.texas.gov |
| JUDD E. STONE II<br>Solicitor General | WILLIAM T. THOMPSON<br>Deputy Chief, Special Litigation Unit<br>Texas Bar No. 24088531<br>Southern District of Texas Bar No. 3053077<br>will.thompson@oag.texas.gov |
| | RYAN D. WALTERS<br>Special Counsel<br>Texas Bar No. 24105085<br>Southern District of Texas Bar No. 3369185<br>ryan.walters@oag.texas.gov |
| | OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100<br>Fax: (512) 457-4410 |
| | **COUNSEL FOR PLAINTIFF STATE OF TEXAS** |

JEFF LANDRY
LOUISIANA ATTORNEY GENERAL

*/s/Joseph S. St. John*
ELIZABETH B. MURRILL
Solicitor General
JOSEPH S. ST. JOHN
Deputy Solicitor General

Louisiana Department of Justice
1885 N. Third St.
Baton Rouge, LA 70804
(225) 326-6766
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov

**COUNSEL FOR PLAINTIFF STATE OF LOUISIANA**

## CERTIFICATE OF COMPLIANCE

I certify that the total number of words in this response, exclusive of the matters designated for omission, is 248, as counted by Microsoft Word.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on August 16, 2021, which automatically serves all counsel of record who are registered to receive notices in this case.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN