UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, STATE OF LOUISIANA,<br><br>  Plaintiffs,<br>v.<br>UNITED STATES OF AMERICA, *et al.*<br><br>  Defendants. | No. 6:21-cv-00016 |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants submit this Notice of Supplemental Authority to advise the Court of the district court's decision in *Arizona, et al. v. DHS*, et al., No. 21-186, Dkt. No. 113 (D. Az. Aug. 12, 2021), denying Arizona's and Montana's motion for reconsideration of the Court's dismissal of their challenge to the immigration enforcement guidance also at issue here. *See* attached (Ex. A). The *Arizona* Court rejected Arizona's and Montana's contention that the Supreme Court's recent decision in *Johnson v. Guzman Chavez*, 141 S. Ct. 2271 (2021), changed its analysis "that the Interim Guidance's prioritization scheme is agency action committed to agency discretion by law and is therefore unreviewable under the APA." *See* Ex. A at 2; *see also id*. at 4-5. Previously, Arizona and Montana sought an injunction pending appeal in the Ninth Circuit but that Court denied their request "without prejudice to renewal following the district court's decision on the pending motion for reconsideration." *See* attached (Ex. B). Arizona and Montana have now renewed their request following the district court's denial.

Date: August 18, 2021         Respectfully submitted.

                BRIAN M. BOYNTON
                Acting Assistant Attorney General

                BRIGHAM J. BOWEN

Assistant Branch Director

/s/ Adam Kirschner
ADAM D. KIRSCHNER
Attorney-in-charge
IL Bar. No. 6286601
Senior Trial Counsel
BRIAN C. ROSEN-SHAUD
ME Bar No. 006018
MICHAEL F. KNAPP
CA Bar No. 314104
KUNTAL CHOLERA
DC Bar No. 1031523
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 353-9265
Fax: (202) 616-8460
Email:  Adam.Kirschner@usdoj.gov
           Brian.C.Rosen-Shaud@usdoj.gov
           Michael.F.Knapp@usdoj.gov
           Kuntal.Cholera@usdoj.gov

Mailing Address:
Post Office Box 883
Washington, D.C. 20044

Courier Address
1100 L Street NW, Room 11020
Washington, D.C. 20005

EREZ REUVENI
CA Bar No. 264124
Assistant Director
U.S. Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
202-307-4293 (telephone)
Email:  Erez.R.Reuveni@usdoj.gov

*Counsel for Defendants*


DANIEL DAVID HU
Assistant United States Attorney
Chief, Civil Division

State Bar No. 10131415
S.D. I.D. 7959
Southern District of Texas
1000 Louisiana, Suite 2300 Houston, TX 77002
Tel: (713) 567-9000
Fax: (713) 718-3300
Daniel.Hu@usdoj.gov

*Local Counsel*

## CERTIFICATE OF COMPLIANCE

I certify that the total number of words in this motion, exclusive of the matters designated for omission, is 171, as counted by Microsoft Word.

*/s/ Adam Kirschner*
ADAM D. KIRSCHNER

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on August 18, 2021.

*/s/ Adam Kirschner*
ADAM D. KIRSCHNER