# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, STATE OF LOUISIANA <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.* <br><br> Defendants. | No. 6:21-cv-00016 |

## NOTICE OF SUPPLEMENTAL DECLARATION
## IN SUPPORT OF DEFENDANTS' MOTION TO STAY

Defendants provide notice of the attached supplemental declaration in support of their motion for an administrative stay and stay of the preliminary injunction pending appeal, ECF No. 82, and in response to Plaintiffs' declaration in opposition, ECF No. 85-1. *See* Declaration of Monica Burke, attached.

Date: August 23, 2021

Respectfully submitted.

BRIAN M. BOYNTON
Acting Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Adam Kirschner*
ADAM D. KIRSCHNER
Attorney-in-charge
IL Bar. No. 6286601
Senior Trial Counsel
BRIAN C. ROSEN-SHAUD
ME Bar No. 006018
MICHAEL F. KNAPP
CA Bar No. 314104

-1-

KUNTAL CHOLERA
DC Bar No. 1031523
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 353-9265
Fax: (202) 616-8460
Email:  Adam.Kirschner@usdoj.gov
　　　　Brian.C.Rosen-Shaud@usdoj.gov
　　　　Michael.F.Knapp@usdoj.gov
　　　　Kuntal.Cholera@usdoj.gov

Mailing Address:
Post Office Box 883
Washington, D.C. 20044

Courier Address
1100 L Street NW, Room 11020
Washington, D.C. 20005

EREZ REUVENI
CA Bar No. 264124
Assistant Director
U.S. Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
202-307-4293 (telephone)
Email:  Erez.R.Reuveni@usdoj.gov

*Counsel for Defendants*


DANIEL DAVID HU
Assistant United States Attorney
Chief, Civil Division
State Bar No. 10131415
S.D. I.D. 7959
Southern District of Texas
1000 Louisiana, Suite 2300 Houston, TX 77002
Tel: (713) 567-9000
Fax: (713) 718-3300
Daniel.Hu@usdoj.gov

*Local Counsel*

## CERTIFICATE OF COMPLIANCE

I certify that the total number of words in this motion, exclusive of the matters designated for omission, is 45, as counted by Microsoft Word.

>                     */s/ Adam Kirschner*
>                     ADAM D. KIRSCHNER

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on August 23, 2021.

>                     */s/ Adam Kirschner*
>                     ADAM D. KIRSCHNER