UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, STATE OF LOUISIANA,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | No. 6:21-cv-00016 |

### CERTIFICATION OF ADMINISTRATIVE RECORD

I, Patrick J. Lechleitner, pursuant to 28 U.S.C. §1746, declare under penalty of perjury as follows:

1. I am the Senior Official performing the duties of the Deputy Director for U.S. Immigration and Customs Enforcement ("ICE"). I have held this position since August 15, 2021. In this capacity, I am the second highest ranking official within ICE and oversee all of its component groups, including the day-to-day operations of the agency, an annual budget of over $8 billion, and more than 20,000 employees. Prior to this current position, I was the Acting Executive Associate Director for Homeland Security Investigations (HSI) from February 14, 2021, to July 31, 2021. I have also held positions at ICE Headquarters as the Assistant Director for HSI International Operations Division, Acting Assistant Director for the National Security Investigations Divisions, and the Deputy Assistant Director overseeing HSI's Cyber Crimes Divisions. I was also the Special Agent in Charge for HSI Washington, D.C. from March 5,

2017, until March 2, 2019. In total, I have over 24 years of law enforcement experience with over 19 with ICE HSI.

2. The facts attested to herein are based upon my personal knowledge or upon information provided to me in my official capacity, and upon conclusions and determinations reached and made in accordance therewith.

3. The documents listed in the accompanying Administrative Record Index and contained in the files annexed hereto, constitute to the best of my knowledge and belief, a true and complete copy of all documents and materials considered by ICE in issuing the February 18, 2021 Interim Guidance, titled *Interim Guidance: Civil Immigration Enforcement and Removal Priorities*.

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of September, 2021 in Washington, D.C.

Patrick J. Lechleitner
Senior Official Performing the Duties of the Deputy Director
U.S. Immigration and Customs Enforcement