**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | |
|---|---|
| STATE OF TEXAS, STATE OF LOUISIANA<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     No. 6:21-cv-00016 |

**UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT**
**ADMINISTRATIVE RECORD FOR FEBRUARY 18, 2021 INTERIM GUIDANCE**

| DOCUMENT | PAGE |
|---|---|
| 1. Interim Guidance: Civil Immigration Enforcement and Removal Priorities (February 18, 2021) | AR_TX_00000001 |
| 2. Revision of Civil Immigration Enforcement Policies and Priorities, Executive Order 13993 (Jan. 20, 2021). | AR_TX_00000008 |
| 3. Department of Homeland Security, Review of and Interim Revision to Civil Immigration Enforcement and Removal Policies and Priorities, Memorandum from Acting Secretary David Pekoske (January 20, 2021). | AR_TX_00000010 |
| 4. Review of and Interim Revision to Civil Immigration Enforcement and Removal Policies and Priorities, Email from Enrique M. Lucero (Jan. 21, 2021), with attachment of DHS Acting Secretary David Pekoske January 20, 2021 Memorandum. | AR_TX_00000015 |
| 5. Detention Data, Email from Tae Johnson with attachments Detention Inventory Report 1.22.21 and Current Detained by FY21 CEIP_LESA-STU (Jan. 22, 2021). | AR_TX_00000016 |
| 6. Attachment: Detention Inventory Report (Jan. 22, 2021)- Redacted. | AR_TX_00000020 |
| 7. Attachment: Current Detained by FY21 CEIP_LESA-STU- Redacted. | AR_TX_00001574 |

| | |
|---|---|
| 8.   [Redacted], Request to Continue Removal on 01/29/2021, Email from Matthew Baker (Jan. 25, 2021), with attachment [Redacted]. | AR_TX_00004612 |
| 9.   [Redacted]- HIGH PROFILE REMOVAL OPERATION PLAN, Email from Lynette A. Sumait (Jan. 25, 2021), with attachments High Profile Removal Operational Plan and Order of Judicial Removal. | AR_TX_00004617 |
| 10. HIGH PROFILE REMOVAL OPERATION PLAN (Jan. 20, 2021). | AR_TX_00004618 |
| 11. Order of Judicial Removal, *United States v. Ahmed*, No. 12-CR-00661 (E.D.N.Y filed Jan. 27, 2016). | AR_TX_00004629 |
| 12. Notification to ICE Employees- Temporary Restraining Order Issued in Texas v. United States, No. 21-00003 (S.D. Tex. Filed Jan. 22, 2021), Email from Matthew Allen (Jan. 26, 2021), with attachments of DHS January 20, 2021 Memorandum and Order Granting Plaintiff's Emergency Application for a Temporary Restraining Order, *Texas v. United States*, No. 21-00003 (S.D. Tex.) (issued Jan. 26, 2021). | AR_TX_00004631 |
| 13. Re: Request for DHS to comply with its agreement with the Arizona Attorney General's Office before instituting "pause on removals", Letter from Arizona Attorney General Mark Brnovich to DHS Acting Secretary David Pekoske, (Jan. 26, 2021). | AR_TX_00004657 |
| 14. AGREEMENT BETWEEN THE DEPARTMENT OF HOMELAND SECURITY AND THE ARIZONA ATTORNEY GENERAL'S OFFICE AND THE ARIZONA DEPARTMENT OF LAW (Jan. 8, 2021). | AR_TX_00004660 |
| 15. ERO Historical book-in data to new DHS memo and PEP, Email from Enrique M. Lucero (Jan. 27, 2021) (with attachments). | AR_TX_00004670 |
| 16. FY 2021 YTD ICE Book-Ins by FY CEIP Priorities, Attachment to Enrique M. Lucero Email (Jan. 27, 2021). | AR_TX_00004673 |
| 17. In Re: The recent Refusal of the Department of Homeland Security to acknowledge Immigration and Customs Enforcement Detainers (W.D. Tex., Jan. 28, 2021), General Order. | AR_TX_00004675 |
| 18. Guidance for Compliance with the Temporary Restraining Order Issued in Texas v. United States, -- F.Supp.3d --, 2021 WL 247877 (S.D. Tex. | AR_TX_00004677 |

| | |
|---|---|
| Jan. 26, 2021), Memorandum from DHS Acting Secretary David Pekoske (Jan. 31, 2021). | |
| 19. Letter, ICE is Doubling Down on Cruelty. It Has to Stop, from Haitian Bridge Alliance (Feb. 1, 2021). | AR_TX_00004679 |
| 20. Creating a Comprehensive Regional Framework To Address the Causes of Migration, To Manage Migration Throughout North and Central America, and To Provide Safe and Orderly Processing of Asylum Seekers at the United States Border, Executive Order 14010 (Feb. 2, 2021). | AR_TX_00004681 |
| 21. Establishment of Interagency Task Force on the Reunification of Families, Executive Order 14011 (Feb. 2, 2021). | AR_TX_00004686 |
| 22. Restoring Faith in Our Legal Immigration Systems and Strengthening Integration and Inclusion Efforts for New Americans, Executive Order 14012 (Feb. 2, 2021). | AR_TX_00004689 |
| 23. FW: ERO DEN's 48 Hour Notification of Subject in Custody: LPR [Redacted], Email from Jesse Williams II (Feb. 3, 2021). | AR_TX_00004693 |
| 24. Letter re release of people from ICE custody pursuant to January 20 memorandum, Email from Jordan Wells ACLU, with attachment Letter (Feb. 2, 2021). | AR_TX_00004694 |
| 25. Attachment: Letter, Release of people from ICE custody pursuant to January 20 memorandum, from ACLU (Feb. 2., 2021). | AR_TX_00004695 |
| 26. ICE's Removal Priorities, Email from Tae Johnson (Feb. 4, 2021). | AR_TX_00004699 |
| 27. New Biden rules for ICE point to fewer arrests and deportations, and a more restrained agency, The Washington Post (Feb. 7, 2021). | AR_TX_00004701 |
| 28. *Texas v. United States*, No. 21-00003 (Feb. 8, 2021), Order Extending Temporary Restraining Order (issued Feb. 8, 2021). | AR_TX_00004705 |
| 29. Notification to ICE Employees- Temporary Restraining Order Issued in Texas v. United States, No. 21-00003 (S.D. Tex. filed Jan. 22, 2021), Email from Matthew Allen (Feb. 10, 2021). | AR_TX_00004711 |

| | |
|---|---|
| 30. Letter, NGO Letter Urging Affirmative ICE Custody Review Process (dated Feb. 11, 2021). | AR_TX_00004712 |
| 31. Department of Homeland Security, Department Policy Regarding Investigative Data and Event Deconfliction, Policy Directive 045-04 (Oct. 18, 2016). | AR_TX_00004721 |
| 32. Guidance to OPLA Attorneys Regarding Implementation of the President's Executive Orders and the Secretary's Directives on Immigration Enforcement, Memorandum from Tracy Short (Aug. 15, 2017). | AR_TX_00004726 |
| 33. Revised Guidance for the Referral of Cases and Issuance of Notices to Appear (NTAs) in Cases Involving Inadmissible and Removeable Aliens, USCIS Policy Memorandum PM-602-0050 (Nov. 7, 2011). | AR_TX_00004735 |
| 34. Updated Guidance for the Referral of Cases and Issuance of Notices to Appear (NTAs) in Cases Involving Inadmissible and Deportable Aliens, USCIS Policy Memorandum PM-602-0050.1 (Jun. 28, 2018). | AR_TX_00004744 |
| 35. Interim Guidance for Civil Immigration Enforcement and Removal Operations, Email from Tae Johnson (Feb. 18, 2021). | AR_TX_00004755 |
| 36. Frequently Asked Questions re: Interim Civil Immigration Enforcement and Removal Policies and Priorities (Feb. 18, 2021). | AR_TX_00004756 |
| 37. For AD1 Review: [Redacted], Email from William Joyce (Jan. 25, 2021). | AR_TX_00004760 |
| 38. Renewing Meeting Request (Implementation of Interim Priorities) + Process Proposal for Escalation, Email Chain from Heidi Altman from National Immigrant Justice Center (Feb. 5, 2021), with attachment Letter: NGO proposal case escalations- stop gap 2.5.21. | AR_TX_00004762 |
| 39. Attachment, NGO proposal case escalations- stop gap 2.5.21, Letter from NIJC (Feb. 4. 2021). | AR_TX_00004764 |