United States District Court
Southern District of Texas
**ENTERED**
September 15, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, STATE OF LOUISIANA<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*<br><br>Defendants. | No. 6:21-cv-00016 |

**ORDER**

Upon consideration of Defendants' Motion for Extension of Time to File Response to Plaintiffs' Complaint, the Court rules as follows.

IT IS HEREBY ORDERED that Defendants shall answer or otherwise respond to Plaintiffs' Complaint no later than October 20, 2021.

It is SO ORDERED.

September 15, 2021

Drew B. Tipton
United States District Judge