# Exhibit H

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

|  |  |
|---|---|
| STATE OF TEXAS, STATE OF LOUISIANA ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | No. 6:21-cv-00016 |
| ) | |
| UNITED STATES OF AMERICA, *et al.* ) | |
| ) | |
| Defendants. ) | |

## Index for Certified Administrative Record

| 1. | *Significant Considerations in Developing Updated Guidelines for the Enforcement of Civil Immigration Law* (Sept. 30, 2021) | AR_DHSP_00000001 |
|---|---|---|
| 2. | Sam Bernsen, INS General Counsel, *Legal Opinion Regarding Service Exercise of Prosecutorial Discretion* (July 15, 1976) | AR_DHSP_00000022 |
| 3. | Memorandum from Doris Meissner, Comm'r, INS, *Exercising Prosecutorial Discretion* (Nov. 17, 2000) | AR_DHSP_00000030 |
| 4. | Memorandum from John Morton, ICE Dir., *Civil Immigration Enforcement: Priorities for the Apprehension, Detention, and Removal of Aliens* (Jun 30, 2010) | AR_DHSP_00000043 |
| 5. | Memorandum from John Morton, ICE Dir., *Exercising Prosecutorial Discretion Consistent with the Civil Immigration Enforcement Priorities of the Agency for the Apprehension, Detention, and Removal of Aliens* (June 17, 2011) | AR_DHSP_00000047 |
| 6. | Memorandum from Jeh Charles Johnson, Sec'y of Homeland Sec., *Policies for the Apprehension, Detention and Removal of Undocumented Immigrants* (Nov. 20, 2014) | AR_DHSP_00000053 |
| 7. | Memorandum from John Kelly, Sec'y of Homeland Sec., *Enforcement of the Immigration Laws to Serve the National Interest* (Feb. 20, 2017) | AR_DHSP_00000059 |
| 8. | Memorandum from David Pekoske, Acting Sec'y of Homeland Sec., *Review of and Interim Revision to Civil Immigration Enforcement and Removal Policies and Priorities* (Jan. 20, 2021 | AR_DHSP_00000065 |
| 9. | Memorandum from Tae Johnson, Acting Dir. of U.S. Immigr. and Customs Enf't, *Interim Guidance: Civil Immigration Enforcement and Removal Priorities* (Feb. 18, 2021) | AR_DHSP_00000070 |
| 10. | Memorandum from John Trasviña, ICE Principal Legal Advisor, *Interim Guidance to OPLA Attorneys Regarding Civil* | AR_DHSP_00000077 |

|     | | |
| --- | --- | --- |
|     | *Immigration Enforcement and Removal Policies and Priorities* (May 27, 2021) | |
| 11. | Memorandum regarding Stakeholder Outreach in Furtherance of Department Civil Immigration Enforcement Guidance (Sept. 17, 2021) | AR_DHSP_00000090 |
| 12. | Memorandum from Cammilla Wamsley, Principal Policy Advisor, *Listening Sessions for Final Priorities* | AR_DHSP_00000095 |
| 13. | Memorandum regarding DHS Enforcement Priorities Stakeholder Outreach April 6–9, 2021 | AR_DHSP_00000097 |
| 14. | Memorandum regarding DHS Enforcement Priorities Stakeholder Outreach April 14–May 20, 2021 | AR_DHSP_00000102 |
| 15. | Memorandum regarding Conclusions Drawn from "AART" Data (Sept. 24, 2021) | AR_DHSP_00000108 |
| 16. | U.S. Immigration and Customs Enforcement Data Reports | AR_DHSP_00000112 |
| 24. | Memorandum regarding Conclusions Drawn From Implementation of the OPLA PD memo | AR_DHSP_00002240 |
| 25. | Memorandum from Tae Johnson, Acting Dir. of U.S. Immigr. and Customs Enf't, *Review of Policies, Procedures, and Resources Available to Victims of Crime* (July 30, 2021) | AR_DHSP_00002241 |
| 26. | Letter from James Comer, U.S. Rep., and Jim Jordan, U.S. Rep., to Tae Johnson, Acting Dir. of U.S. Immigr. and Customs Enf't (Feb. 17, 2021) | AR_DHSP_00002243 |
| 27. | Letter from Alix Desulme, Chairman, Haitian-American Elected Officials Network, to Alejandro N. Mayorkas, Sec'y of Homeland Sec. (Feb. 23, 2021) | AR_DHSP_00002247 |
| 28. | Letter from Southern Poverty Law Center, et al., to Michael W. Meade, District Dir., U.S. Immigr. and Customs Enf't (Feb. 4, 2021) | AR_DHSP_00002248 |
| 29. | Letter from Southern Poverty Law Center, et al., to Thomas Files, District Dir., U.S. Immigr. and Customs Enf't (Feb. 4, 2021) | AR_DHSP_00002252 |
| 30. | Letter from Dan Bishop, U.S. Rep., et al., to Alejandro N. Mayorkas, Sec'y of Homeland Sec. (Mar. 11, 2021) | AR_DHSP_00002256 |
| 32. | Letter from Kwame Raoul, Att'y Gen. of State of Ill., to Alejandro N. Mayorkas, Sec'y of Homeland Sec. (May 28, 2021) | AR_DHSP_00002258 |
| 33. | Letter from Andy Biggs, U.S. Rep., to Alejandro N. Mayorkas, Sec'y of Homeland Sec. (July 6, 2021) | AR_DHSP_00002261 |
| 34. | Letter from Ben Johnson, Dir., Am. Immigr. Lawyers Ass'n, et al. to Alejandro Mayorkas, Sec'y of Homeland Sec. (July 31, 2021) | AR_DHSP_00002264 |
| 35. | Letter from Ron DeSantis, Gov. of Fla., to Alejandro N. Mayorkas, Sec'y of Homeland Sec. (Aug. 26, 2021) | AR_DHSP_00002270 |
| 36. | Letter from Pat Fallon, U.S. Rep., to Alejandro N. Mayorkas, Sec'y of Homeland Sec. (Apr. 26, 2021) | AR_DHSP_00002275 |
| 37. | Letter from Mike Thompson, U.S. Rep., to Alejandro N. Mayorkas, Sec'y of Homeland Sec., et al. (Mar. 3, 2021) | AR_DHSP_00002277 |

| 38. | Letter from Rick Scott, U.S. Senator, Alejandro N. Mayorkas, Sec'y of Homeland Sec. (Feb. 19, 2021) | AR_DHSP_00002279 |
|---|---|---|
| 39. | Letter from Kevin J. Rambosk, Sheriff, Collier County, Fla. to Alejandro N. Mayorkas, Sec'y of Homeland Sec., et al. (Feb. 3, 2021) | AR_DHSP_00002281 |
| 40. | Letter from ACLU of Neb., et al., to Alejandro N. Mayorkas, Sec'y of Homeland Sec. (Mar. 16, 2021) | AR_DHSP_00002285 |
| 41. | Letter from Alexandria Ocasio-Cortez, U.S. Rep., et al. to Alejandro N. Mayorkas, Sec'y of Homeland Sec., et al. (May 14, 2021) | AR_DHSP_00002290 |
| 42. | Memorandum from Peter Markowitz, *History and Analysis of Post-1996 Immigration Enforcement Agency Guidance* (June 4, 2021) | AR_DHSP_00002294 |
| 43. | Memorandum from ACLU regarding Suggested Changes to Priorities | AR_DHSP_00002304 |
| 44. | Letter from ACLU of N. Cal., et al., to Alejandro N. Mayorkas, Sec'y of Homeland Sec. (June 28, 2021) | AR_DHSP_00002306 |
| 45. | Memorandum from Asian Pacific Institute on Gender-Based Violence, et al., regarding Evaluating Public Safety in the Context of Immigration Enforcement and Domestic Violence and Sexual Assault | AR_DHSP_00002317 |
| 46. | Letter from Cory A. Booker, U.S. Senator, et al., to Alejandro N. Mayorkas, Sec'y of Homeland Sec., et al. (April 15, 2021) | AR_DHSP_00002321 |
| 47. | Email from Nora A. Preciado, Dir. Imm. Affairs, Cities for Action, to Kamal Essaheb, Coun. to Sec'y of Homeland Sec., et al. (Sept. 23, 2021) | AR_DHSP_00002324 |
| 48. | Memorandum from We Are Home Campaign Recommendations, *Recommendations for the use of Prosecutorial Discretion* (June 16, 2021) | AR_DHSP_00002330 |
| 49. | Letter from Shoba Sivaprasad Wadhia, et al., to Alejandro N. Mayorkas, Sec'y of Homeland Sec., et al. (Aug. 24, 2021) | AR_DHSP_00002345 |
| 50. | Email from Leslye E. Orloff, Dir., Nat'l Imm. Women's Advoc. Project, to Royce Murray, Coun. to Sec'y of Homeland Sec., et al. (May 20, 2021) | AR_DHSP_00002354 |
| 51. | Letter from Imm. Alliance for Justice and Equity, et al. to Joseph R. Biden, President (Mar. 10, 2021) | AR_DHSP_00002434 |
| 52. | Letter from Tiffany Anderson, Co-Chair, Kan. Governor's Comm'n on Racial Equity and Justice, and Shannon Portillo, Co-Chair, Kan. Governor's Comm'n on Racial Equity and Justice, to Alejandro N. Mayorkas, Sec'y of Homeland Sec. (Mar. 29, 2021) | AR_DHSP_00002437 |
| 53. | Letter from Jim Mulhern, President, Nat'l Milk Producers Fed'n, to Alejandro N. Mayorkas, Sec'y of Homeland Sec. (Aug. 25, 2021) | AR_DHSP_00002439 |
| 54. | Letter from Am. Immigr. Lawyers Ass'n, et al., to John Trasviña, Principal Legal Advisor, U.S. Immigr. and Customs Enf't (July 19, 2021) | AR_DHSP_00002441 |

| 55. | Executive Order 13768, *Enhancing Public Safety in the Interior of the United States*, 82 Fed. Reg. 8799 (January 30, 2017) | AR_DHSP_00002450 |
|---|---|---|
| 56. | Executive Order 13985, *Advancing Racial Equity and Support for Underserved Communities Through the Federal Government*, 86 Fed. Reg. 7009 (Jan. 25, 2021) | AR_DHSP_00002455 |
| 57. | Executive Order 13993, Revision of Civil Immigration Enforcement Policies and Priorities, 86 Fed. Reg. 7051 (Jan. 25, 2021) | AR_DHSP_00002460 |
| 58. | Revised Memorandum of Understanding between the Departments of Homeland Security and Labor Concerning Enforcement Activities at Worksites (Dec. 7, 2011) | AR_DHSP_00002462 |
| 59. | Executive Office for Immigration Review Adjudication Statistics, Pending Cases, New Cases, and Total Completions, available at www.justice.gov/eoir/workload-and-adjudication-statistics. | AR_DHSP_00002467 |
| 61. | Graham C. Ousey & Charis E. Kubrin, *Immigration and Crime: Assessing a Contentious Issue*, Ann. Rev. of Criminology, 63–84 (2018) | AR_DHSP_00002468 |
| 62. | Am. Immigr. Council, *Resources: Immigrants' impact on public safety and states* | AR_DHSP_00002469 |
| 63. | Alana Rosenberg, et al., *Comparing Black and White Drug Offenders: Implications for Racial Disparities in Criminal Justice and Reentry Policy and Programming*, 47(1) J. Drug Issues 132 (2017) | AR_DHSP_00002470 |
| 64. | Michael T. Light, et al., *Comparing crime rates between undocumented immigrants, legal immigrants, and native-born US citizens in Texas*, Proceedings of the Nat'l Acad. of Sciences of the USA (Dec. 12, 2020) | AR_DHSP_00002478 |
| 65. | John R. Lott, Jr., *Undocumented immigrants, U.S. Citizens, and Convicted Criminals in Arizona* (Feb. 18, 2018) | AR_DHSP_00002494 |
| 66. | Nat'l Academies of Sciences, Engineering, and Medicine, *The Economic and Fiscal Consequences of Immigration* (2017). | AR_DHSP_00002502 |
| 67. | U.S. Sentencing Comm'n, *Recidivism Among Federal Offenders: A Comprehensive Overview* (Mar. 2016) | AR_DHSP_00002557 |
| 68. | Elizabeth Hinton, et al., *An Unjust Burden: The Disparate Treatment of Black Americans in the Criminal Justice System* (May 2018) | AR_DHSP_00002558 |
| 69. | Robert H. Jackson, *The Federal Prosecutor*, 24 J. AM. JUD. SOC'Y 18, 18–19 (1940) | AR_DHSP_00002619 |
| 70. | *Deferred Action for Childhood Arrivals*, 86 Fed. Reg. 53736 (Sept. 28, 2021) | AR_DHSP_00002639 |
| 71. | Jacob Stowell and Stephanie DiPietro, *Ethnicity, Crime, and Immigration in the United States Crimes By and Against Immigrants*, The Oxford Handbook of Ethnicity, Crime, and Immigration, 2014. | AR_DHSP_00002642 |
| 72. | Migration Policy Institute, *Profile of the Unauthorized Population: United States*, available at | AR_DHSP_00002723 |

|     |                                                                                                                                                                            |                   |
| --- | -------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | ----------------- |
|     | https://www.migrationpolicy.org/data/unauthorized-immigrant-population/state/US.                                                                                           |                   |
| 73. | *Arizona, et al. v. U.S. Dep't of Homeland Security, et al.*, No. 2:21-cv-00186 (D. Ariz.), Amended Complaint (Mar. 8, 2021) (ECF Nos. 12–12-1)                             | AR_DHSP_00002730  |
| 74. | *Arizona, et al. v. U.S. Dep't of Homeland Security, et al.*, No. 2:21-cv-00186 (D. Ariz.), Pls.' Mot. for Preliminary Inj. (Mar. 12, 2021) (ECF Nos. 13, 13-1, 17)         | AR_DHSP_00002863  |
| 75. | *Arizona, et al. v. U.S. Dep't of Homeland Security, et al.*, No. 2:21-cv-00186 (D. Ariz.), Defs.' Opp'n to Pls.' Mot. for Preliminary Inj. (Mar. 26, 2021) (ECF No. 26)    | AR_DHSP_00002951  |
| 76. | *Arizona, et al. v. U.S. Dep't of Homeland Security, et al.*, No. 2:21-cv-00186 (D. Ariz.), Pls.' Reply (Apr. 2, 2021) (ECF No. 38)                                         | AR_DHSP_00002985  |
| 77. | *Arizona, et al. v. U.S. Dep't of Homeland Security, et al.*, No. 2:21-cv-00186 (D. Ariz.), Defs.' Mot. to Dismiss (May 6, 2021) (ECF Nos. 59–59-1)                         | AR_DHSP_00003024  |
| 78. | *Arizona, et al. v. U.S. Dep't of Homeland Security, et al.*, No. 2:21-cv-00186 (D. Ariz.), Pls.' Suppl. Brief (May 7, 2021) (ECF No. 64–64-5)                              | AR_DHSP_00003069  |
| 79. | *Arizona, et al. v. U.S. Dep't of Homeland Security, et al.*, No. 2:21-cv-00186 (D. Ariz.), Defs.' Suppl. Brief (May 13, 2021) (ECF No. 69–69-1)                            | AR_DHSP_00003704  |
| 80. | *Arizona, et al. v. U.S. Dep't of Homeland Security, et al.*, No. 2:21-cv-00186 (D. Ariz.), Pls.' Resp. to Defs.' Mot. to Dismiss (May 13, 2021) (ECF No. 70–70-1)          | AR_DHSP_00003745  |
| 81. | *Arizona, et al. v. U.S. Dep't of Homeland Security, et al.*, No. 2:21-cv-00186 (D. Ariz.), Pls.' Suppl. (May 19, 2021) (ECF No. 79–79-1)                                   | AR_DHSP_00003782  |
| 82. | *Arizona, et al. v. U.S. Dep't of Homeland Security, et al.*, No. 2:21-cv-00186 (D. Ariz.), Defs.' Suppl. (May 21, 2021) (ECF No. 80–80-2)                                  | AR_DHSP_00003817  |
| 83. | *Arizona, et al. v. U.S. Dep't of Homeland Security, et al.*, No. 2:21-cv-00186 (D. Ariz.), Order Granting Defs.; Mot. to Dismiss and Denying Pls.' Mot. for Preliminary Inj. (June 30, 2021) (ECF No. 91) | AR_DHSP_00003869  |
| 84. | *Arizona, et al. v. U.S. Dep't of Homeland Security, et al.*, No. 2:21-cv-00186 (D. Ariz.), Pls.' Mot. for Reconsideration (July 2, 2021) (ECF No. 96)                      | AR_DHSP_00003890  |
| 85. | *Arizona, et al. v. U.S. Dep't of Homeland Security, et al.*, No. 2:21-cv-00186 (D. Ariz.), Defs.' Resp. in Opp'n (July 16, 2021) (ECF No. 107)                             | AR_DHSP_00003896  |
| 86. | *Arizona, et al. v. U.S. Dep't of Homeland Security, et al.*, No. 2:21-cv-00186 (D. Ariz.), Pls.' Reply (July 23, 2021) (ECF No. 108)                                       | AR_DHSP_00003904  |
| 87. | *Arizona, et al. v. U.S. Dep't of Homeland Security, et al.*, No. 2:21-cv-00186 (D. Ariz.), Order Denying Pls.' Mot. for Reconsideration (Aug. 12, 2021) (ECF No. 113).     | AR_DHSP_00003912  |

| 88. | *Arizona, et al. v. U.S. Dep't of Homeland Security, et al.*, No. 21-16118 (9th Cir.), Appellants' Mot. for Inj. Pending Appeal (July 15, 2021) (Dkt. No. 10) | AR_DHSP_00003917 |
|---|---|---|
| 89. | *Arizona, et al. v. U.S. Dep't of Homeland Security, et al.*, No. 21-16118 (9th Cir.), Appellees' Resp. to Pls.' Mot. (July 23, 2021) (Dkt. No. 13) | AR_DHSP_00003952 |
| 90. | *Arizona, et al. v. U.S. Dep't of Homeland Security, et al.*, No. 21-16118 (9th Cir.), Order on Jurisdiction (July 27, 2021) (Dkt. No. 18) | AR_DHSP_00003978 |
| 91. | *Arizona, et al. v. U.S. Dep't of Homeland Security, et al.*, No. 21-16118 (9th Cir.), Appellants' Resp. to Court Order (July 27, 2021) (Dkt. 19) | AR_DHSP_00003980 |
| 92. | *Arizona, et al. v. U.S. Dep't of Homeland Security, et al.*, No. 21-16118 (9th Cir.), Appellees' Resp. to Court Order (July 29, 2021) (Dkt. 21) | AR_DHSP_00003982 |
| 93. | *Arizona, et al. v. U.S. Dep't of Homeland Security, et al.*, No. 21-16118 (9th Cir.), Order Denying Appellants' Mot. for Inj. Pending Appeal (July 30, 2021) (Dkt. 22) | AR_DHSP_00003984 |
| 94. | *Arizona, et al. v. U.S. Dep't of Homeland Security, et al.*, No. 21-16118 (9th Cir.), Appellants' Mot. for Reconsideration (Aug. 13, 2021) (Dkt. 23) | AR_DHSP_00003985 |
| 95. | *Arizona, et al. v. U.S. Dep't of Homeland Security, et al.*, No. 21-16118 (9th Cir.), Order Denying Appellants' Mot. for Reconsideration (Aug. 19, 2021) (Dkt. 24) | AR_DHSP_00004000 |
| 96. | *Arizona, et al. v. U.S. Dep't of Homeland Security, et al.*, No. 21-16118 (9th Cir.), Appellees' Resp. (Aug. 25, 2021) (Dkt 27) | AR_DHSP_00004001 |
| 97. | *Arizona, et al. v. U.S. Dep't of Homeland Security, et al.*, No. 21-16118 (9th Cir.), Appellants' Reply (Sept. 1, 2021) (Dkt. 31) | AR_DHSP_00004035 |
| 98. | *Arizona, et al. v. U.S. Dep't of Homeland Security, et al.*, No. 21-16118 (9th Cir.), Appellants' Brief (Sept. 1, 2021) (Dkt. 32) | AR_DHSP_00004050 |
| 99. | *Arizona, et al. v. U.S. Dep't of Homeland Security, et al.*, No. 21-16118 (9th Cir.), Order Denying Renewed Mot. (Sept. 3, 2021) (Dkt. 36) | AR_DHSP_00004180 |
| 100. | *Sheriff Brad Coe, et al. v. Joseph R. Biden Jr., et al.*, No. 3:21-cv-168 (S.D. Tex.) Complaint (July 1, 2021) (ECF No. 1) | AR_DHSP_00004182 |
| 101. | *Sheriff Brad Coe, et al. v. Joseph R. Biden Jr., et al.*, No. 3:21-cv-168 (S.D. Tex.) Pls.' Mot. for Preliminary Inj. (July 8, 2021) (ECF No. 7–7-2) | AR_DHSP_00004215 |
| 102. | *Sheriff Brad Coe, et al. v. Joseph R. Biden Jr., et al.*, No. 3:21-cv-168 (S.D. Tex.) Am. Complaint (July 15, 2021) (ECF No. 17) | AR_DHSP_00004263 |
| 103. | *Sheriff Brad Coe, et al. v. Joseph R. Biden Jr., et al.*, No. 3:21-cv-168 (S.D. Tex.) Defs.' Opp'n to Pls.' Mot. for Preliminary Inj. (Aug. 12, 2021) (ECF No. 33–33-3) | AR_DHSP_00004298 |
| 104. | *Sheriff Brad Coe, et al. v. Joseph R. Biden Jr., et al.*, No. 3:21-cv-168 (S.D. Tex.) Pls.' Reply (Aug. 23, 2021) (ECF No. 40–40-2) | AR_DHSP_00004398 |
| 105. | *Florida v. United States, et al.*, No. 8:21-cv-541 (M.D. Fl.), Complaint (Mar. 8, 2021) (ECF No. 1, 1-3–1-8) | AR_DHSP_00004462 |

| | | |
|---|---|---|
| 106. | *Florida v. United States, et al.*, No. 8:21-cv-541 (M.D. Fl.), Pl.'s Mot. for Preliminary Inj. (Mar. 9, 2021) (ECF No. 4–4-18) | AR_DHSP_00004548 |
| 107. | *Florida v. United States, et al.*, No. 8:21-cv-541 (M.D. Fl.), Defs.' Opp'n to Pl.'s Mot. for Preliminary Inj. (Mar. 23, 2021) (ECF No. 23–23-4) | AR_DHSP_00004976 |
| 108. | *Florida v. United States, et al.*, No. 8:21-cv-541 (M.D. Fl.), Pl.'s Notice of Supplemental Exhibits (Apr. 5, 2021) (ECF No. 29–29-2) | AR_DHSP_00005040 |
| 109. | *Florida v. United States, et al.*, No. 8:21-cv-541 (M.D. Fl.), Pl.'s Mot. to Amend (Apr. 29, 2021) (ECF No. 34–34-2) | AR_DHSP_00005065 |
| 110. | *Florida v. United States, et al.*, No. 8:21-cv-541 (M.D. Fl.), Defs.' Resp. to Pl.'s Mot. to Amend (May 10, 2021) (ECF No. 36–36-1) | AR_DHSP_00005154 |
| 111. | *Florida v. United States, et al.*, No. 8:21-cv-541 (M.D. Fl.), Order Denying Pl.'s Mot. for Preliminary Inj. (May 18, 2021) (ECF No. 38) | AR_DHSP_00005164 |
| 112. | *Florida, v. United States, et al.*, No. 21-11715 (11th Cir.), Appellant's Brief (June 14, 2021) | AR_DHSP_00005187 |
| 113. | *Florida, v. United States, et al.*, No. 21-11715 (11th Cir.), Appellees' Brief (July 12, 2021) | AR_DHSP_00005246 |
| 114. | *Florida, v. United States, et al.*, No. 21-11715 (11th Cir.), Appellant's Reply (Aug. 2, 2021) | AR_DHSP_00005316 |
| 115. | *Texas, et al. v. United States, et al.*, No. 6:21-cv-16 (S.D. Tex.), Complaint (Apr. 6, 2021) (ECF No. 1) | AR_DHSP_00005353 |
| 116. | *Texas, et al. v. United States, et al.*, No. 6:21-cv-16 (S.D. Tex.), Pls.' Mot. for Preliminary Inj. (April 27, 2021) (ECF Nos. 18–19-23) | AR_DHSP_00005383 |
| 117. | *Texas, et al. v. United States, et al.*, No. 6:21-cv-16 (S.D. Tex.), Defs.' Opp'n to Pls.' Mot. for Preliminary Inj. (May 18, 2021) (ECF No. 42–42-7) | AR_DHSP_00005685 |
| 118. | *Texas, et al. v. United States, et al.*, No. 6:21-cv-16 (S.D. Tex.), Declaration of Jason Clark (May 18, 2021) (ECF No. 46) | AR_DHSP_00005811 |
| 119. | *Texas, et al. v. United States, et al.*, No. 6:21-cv-16 (S.D. Tex.), Pls.' Reply (May 25, 2021) (ECF No. 51) | AR_DHSP_00005822 |
| 120. | *Texas, et al. v. United States, et al.*, No. 6:21-cv-16 (S.D. Tex.), Order Granting Pls.' Mot. for Preliminary Inj. (Aug. 18, 2021) (ECF No. 79) | AR_DHSP_00005859 |
| 121. | *Texas, et al. v. United States, et al.*, No. 6:21-cv-16 (S.D. Tex.), Defs.' Mot. for Stay (Aug. 20, 2021) (ECF No. 82–82-1) | AR_DHSP_00006019 |
| 122. | *Texas, et al. v. United States, et al.*, No. 6:21-cv-16 (S.D. Tex.), Pls.' Opp'n to Defs.' Mot. for Stay (Aug. 22, 2021) (ECF No. 85–85-2) | AR_DHSP_00006041 |
| 123. | *Texas, et al. v. United States, et al.*, No. 6:21-cv-16 (S.D. Tex.), Defs.' Reply (Aug. 22, 2021) (ECF No. 86) | AR_DHSP_00006065 |
| 124. | *Texas, et al. v. United States, et al.*, No. 6:21-cv-16 (S.D. Tex.), Declaration of Monica Burke (Aug. 23, 2021) (ECF No. 87–87-1) | AR_DHSP_00006071 |

| | | |
|---|---|---|
| 125. | *Texas, et al. v. United States, et al.*, No. 6:21-cv-16 (S.D. Tex.), Order Granting-in-part Defs.' Mot. for Stay (Aug. 23, 2021) (ECF No. 90) | AR_DHSP_00006078 |
| 126. | *Texas, et al. v. United States, et al.*, No. 21-40618 (5th Cir.) Appellants' Mot. for Stay (Aug. 23, 2021) | AR_DHSP_00006082 |
| 127. | *Texas, et al. v. United States, et al.*, No. 21-40618 (5th Cir.) Appellees' Opp'n to Mot. for Stay (Aug. 30, 2021) | AR_DHSP_00006310 |
| 128. | *Texas, et al. v. United States, et al.*, No. 21-40618 (5th Cir.) Appellants' Reply (Sept. 1, 2021) | AR_DHSP_00006336 |
| 129. | *Texas, et al. v. United States, et al.*, No. 21-40618 (5th Cir.) Order Granting-in-part and Denying-in-part Mot. for Stay (Sept. 15, 2021) | AR_DHSP_00006351 |