# United States Court of Appeals for the Fifth Circuit

United States Courts
Southern District of Texas
FILED

NOV 15 2021

Nathan Ochsner
Clerk of Court

No. 21-40618

STATE OF TEXAS; STATE OF LOUISIANA,

*Plaintiffs—Appellees,*

*versus*

UNITED STATES OF AMERICA; ALEJANDRO MAYORKAS, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TROY MILLER, ACTING COMMISSIONER, U.S. CUSTOMS AND BORDER PROTECTION, IN HIS OFFICIAL CAPACITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; TAE D. JOHNSON, ACTING DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, IN HIS OFFICIAL CAPACITY; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; TRACY RENAUD, SENIOR OFFICIAL PERFORMING THE DUTIES OF THE DIRECTOR OF THE U.S. CITIZENSHIP AND IMMIGRATION SERVICES, IN HER OFFICIAL CAPACITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,

*Defendants—Appellants.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 6:21-CV-16

No. 21-40618

ORDER:

IT IS ORDERED that the motion for leave to file amicus brief for Amicus Curiae *Advocates for Victims of Illegal Crime* in support of Appellee's opposition to injunction is GRANTED.

/s/ GREGG COSTA
GREGG COSTA
*United States Circuit Judge*