# United States Court of Appeals for the Fifth Circuit

No. 21-40618

United States Courts
Southern District of Texas
FILED

NOV 18 2021

Nathan Ochsner
Clerk of Court

STATE OF TEXAS; STATE OF LOUISIANA,

*Plaintiffs—Appellees,*

*versus*

UNITED STATES OF AMERICA; ALEJANDRO MAYORKAS, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TROY MILLER, ACTING COMMISSIONER, U.S. CUSTOMS AND BORDER PROTECTION, IN HIS OFFICIAL CAPACITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; TAE D. JOHNSON, ACTING DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, IN HIS OFFICIAL CAPACITY; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; UR M. JADDOU, DIRECTOR OF THE U.S. CITIZENSHIP AND IMMIGRATION SERVICES; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,

*Defendants—Appellants.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 6:21-CV-16

No. 21-40618

ORDER:

IT IS ORDERED that the unopposed motion of FIEL Houston and the Refugee and Immigrant Center for Education and Legal Services ("RAICES") to file an amici curiae brief in support of Appellants is GRANTED.

/s/ Gregg J. Costa
GREGG J. COSTA
*United States Circuit Judge*