# Exhibit B

# United States Court of Appeals
## for the Fifth Circuit

No. 21-40618

STATE OF TEXAS; STATE OF LOUISIANA,

*Plaintiffs—Appellees*,

*versus*

UNITED STATES OF AMERICA; ALEJANDRO MAYORKAS, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TROY MILLER, ACTING COMMISSIONER, U.S. CUSTOMS AND BORDER PROTECTION, IN HIS OFFICIAL CAPACITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; TAE D. JOHNSON, ACTING DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, IN HIS OFFICIAL CAPACITY; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; UR M. JADDOU, DIRECTOR OF THE U.S. CITIZENSHIP AND IMMIGRATION SERVICES; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,

*Defendants—Appellants*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 6:21-CV-16

O R D E R

On a poll taken pursuant to a request by an active member of the court for rehearing en banc, a majority of active judges in service and not disqualified has determined that the panel opinion issuing a stay pending appeal should be vacated. The appeal shall be assigned to an oral argument panel in the regular course.