# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS; STATE OF LOUISIANA,<br><br>*Plaintiffs*,<br><br>v.<br><br>The UNITED STATES OF AMERICA; ALEJANDRO MAYORKAS, Secretary of the United States Department of Homeland Security, in his official capacity; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TROY MILLER, Senior Official Performing the Duties of the Commissioner of U.S. Customs and Border Protection, in his official capacity; U.S. CUSTOMS AND BORDER PROTECTION; TAE JOHNSON, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TRACY RENAUD, Senior Official Performing the Duties of the Director of the U.S. Citizenship and Immigration Services, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>*Defendants*. | Civ. Action No. 6:21-cv-16 |

**ADVISORY REGARDING ATTORNEY AVAILABILITY FOR DECEMBER 8 SCHEDULING CONFERENCE**

1

The Court has noticed a scheduling conference for December 8, 2021 at 2 p.m., and Plaintiffs advise that Ryan D. Walters, the attorney who has been most heavily involved in the recent phases of this litigation (involving the motion for extra-record discovery and the motion to postpone the effective date of agency action) has a conflict with that setting.

Mr. Walters is the attorney-in-charge for a coalition of 23 States in *Texas v. Biden*, No. 3:21-cv-65 (S.D. Tex.) (Brown, J.). A hearing on a motion to dismiss is scheduled in that matter for December 8, 2021 at 2 p.m. in Galveston. *See* Exhibit A. Mr. Walters will be attending that hearing in person.

Plaintiffs provide this information solely for consideration of what would most benefit the Court for this conference. Plaintiffs are happy to have other attorneys involved in this matter participate in the conference at the scheduled time. However, if the Court would find it more helpful for the attorney with the most involvement in the pending matters to participate, Plaintiffs respectfully request that the conference be moved to a time that Mr. Walters is available—either 12 noon on December 8, or any other time on December 6, 7. 9, or 10.

| | |
|---|---|
| Date: December 3, 2021 | Respectfully submitted, |
| Ken Paxton<br>Attorney General of Texas | Patrick K. Sweeten<br>Deputy Attorney General for Special Litigation |
| Brent Webster<br>First Assistant Attorney General | *Attorney-in-Charge*<br>Texas Bar No. 00798537<br>Southern District of Texas Bar No. 1829509 |
| Judd E. Stone II<br>Solicitor General | WILLIAM T. THOMPSON<br>Deputy Chief, Special Litigation Unit<br>Texas Bar No. 24088531<br>Sothern District of Texas Bar No. 3053077 |

*/s/ Ryan D. Walters*
RYAN D. WALTERS
Special Counsel, Special Litigation Unit
Texas Bar No. 24105085
Southern District of Texas Bar No. 3369185

OFFICE OF THE ATTORNEY GENERAL
SPECIAL LITIGATION UNIT
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 936-1414
Fax: (512) 936-0545
patrick.sweeten@oag.texas.gov
will.thompson@oag.texas.gov
ryan.walters@oag.texas.gov

**COUNSEL FOR PLAINTIFF STATE OF TEXAS**

| | |
|---|---|
| JEFF LANDRY<br>Louisiana Attorney General | */s/Elizabeth B. Murrill*<br>ELIZABETH B. MURRILL<br>Solicitor General<br><br>JOSEPH F. ST. JOHN<br>Deputy Solicitor General<br><br>LOUISIANA DEPARTMENT OF JUSTICE<br>1885 N. Third St.<br>Baton Rouge, LA 70804<br>(225) 326-6766<br>murrille@ag.louisiana.gov<br>stjohnj@ag.louisiana.gov<br><br>**COUNSEL FOR PLAINTIFF STATE OF LOUISIANA** |

**CERTIFICATE OF WORD COUNT**

I certify that the total number of words in this document, exclusive of those sections designated for omission, is 204 as registered by Microsoft Word.

*/s/Ryan D. Walters*
RYAN D. WALTERS

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on December 3, 2021, which automatically serves all counsel of record who are registered to receive notices in this case.

*/s/Ryan D. Walters*
RYAN D. WALTERS