UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, STATE OF LOUISIANA<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*<br><br>Defendants. | No. 6:21-cv-00016 |

**JOINT ADVISORY ON TRIAL PROCEEDINGS**

The parties have conferred about discovery and extra-record evidence, and have reached the following agreements regarding the upcoming bench trial:

1. The parties will not seek any discovery.

2. The parties may take live testimony from witnesses at trial.

3. Plaintiffs will not seek the direct testimony at trial of any current DHS employee, including that of any DHS component, or submit such testimony through affidavit or declaration.

4. The parties agree that the evidentiary materials attached to their previous briefs are authentic, can be admitted without a sponsoring witness, and are presumptively admitted as "part of the trial record and need not be repeated at trial." Fed. R. Civ. P. 65(a)(2). The parties are also permitted to submit additional extra-record evidence.

5. The parties reserve the right to object that certain evidence should be given no weight, including Defendants' argument that the Court should not consider any

evidence outside the administrative record when evaluating the merits of claims under the APA, and the parties reserve the right to raise individual objections—including under the Federal Rules of Evidence—to specific documentary submissions or testimony as appropriate.

6. Defendants stipulate that although the memorandum issued by Secretary Alejandro N. Mayorkas titled *Guidelines for the Enforcement of Civil Immigration Law (the "Guidelines")*, promulgated on September 30, 2021 and effective November 29, 2021, may apply differently to different enforcement decisions, it generally applies to detainers, including the rescission of detainers.

7. Defendants will provide to Plaintiffs by January 10, 2022, the following documents created pursuant to the *Guidelines'* directive that certain "measures are to be taken before the effective date of this guidance":

   a. Documents created to implement the directive that "[e]xtensive training materials and a continuous training program should be put in place to ensure the successful application of this guidance" distributed for use by relevant DHS or ICE employees who make the determinations to place, maintain, or rescind detainers, i.e., Defendants will provide the *Guidelines for the Enforcement of Civil Immigration Law Foundational Training*, subject to appropriate privilege redactions.

   b. Documents created to implement the directive that "[a] review process should be put in place to ensure the rigorous review of our personnel's enforcement decisions throughout the first ninety (90) days of implementation of this guidance" that apply to determinations to place,

maintain, or rescind detainers, i.e., Defendants will provide the *Activity Analysis and Reporting Tool 3.0 Quick Reference Guide* and related broadcast message to employees, subject to appropriate privilege redactions.

The parties will confer further about the mechanics and timing of the submission of that evidence, and other scheduling issues, and will file an advisory and/or proposed order on those matters by December 20, 2021, unless otherwise directed by the Court.

| | |
|---|---|
| Date: December 13, 2021 | Respectfully submitted. |
| KEN PAXTON<br>Attorney General of Texas | PATRICK K. SWEETEN<br>Deputy Attorney General for Special Litigation<br>*Attorney-in-Charge*<br>Texas Bar No. 00798537 |
| BRENT WEBSTER<br>First Assistant Attorney General | Southern District of Texas Bar No. 1829509<br>patrick.sweeten@oag.texas.gov |
| JUDD E. STONE II<br>Solicitor General | WILLIAM T. THOMPSON<br>Deputy Chief, Special Litigation Unit<br>Texas Bar No. 24088531<br>Southern District of Texas Bar No. 3053077<br>will.thompson@oag.texas.gov |

*/s/ Ryan D. Walters*
RYAN D. WALTERS
Special Counsel
Texas Bar No. 24105085
Southern District of Texas Bar No. 3369185
ryan.walters@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Fax: (512) 457-4410
**COUNSEL FOR PLAINTIFF STATE OF TEXAS**

**JEFF LANDRY**
**LOUISIANA ATTORNEY GENERAL**

*/s/ Elizabeth B. Murrill*
ELIZABETH B. MURRILL
Solicitor General
JOSEPH S. ST. JOHN
Deputy Solicitor General

Louisiana Department of Justice
1885 N. Third St.
Baton Rouge, LA 70804
(225) 326-6766
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov

**COUNSEL FOR PLAINTIFF STATE OF LOUISIANA**

BRIAN M. BOYNTON
Acting Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Adam D. Kirschner*
ADAM D. KIRSCHNER
Attorney-in-charge
IL Bar. No. 6286601
Senior Trial Counsel
BRIAN C. ROSEN-SHAUD
ME Bar No. 006018
MICHAEL F. KNAPP
CA Bar No. 314104
KUNTAL CHOLERA
DC Bar No. 1031523
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 353-9265
Fax: (202) 616-8460
Email:   Adam.Kirschner@usdoj.gov
             Brian.C.Rosen-Shaud@usdoj.gov
             Michael.F.Knapp@usdoj.gov
             Kuntal.Cholera@usdoj.gov

Mailing Address:
Post Office Box 883
Washington, D.C. 20044

Courier Address
1100 L Street NW, Room 11020
Washington, D.C. 20005

EREZ REUVENI
CA Bar No. 264124
Assistant Director
U.S. Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
202-307-4293 (telephone)
Email:   Erez.R.Reuveni@usdoj.gov

*Counsel for Defendants*

DANIEL DAVID HU
Assistant United States Attorney
Chief, Civil Division
State Bar No. 10131415
S.D. I.D. 7959
Southern District of Texas
1000 Louisiana, Suite 2300 Houston, TX 77002
Tel: (713) 567-9000
Fax: (713) 718-3300
Daniel.Hu@usdoj.gov

*Local Counsel*

## CERTIFICATE OF SERVICE

    I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on December 13, 2021, which automatically serves all counsel of record who are registered to receive notices in this case.

                            */s/ Ryan D. Walters*
                            RYAN D. WALTERS

DANIEL DAVID HU
Assistant United States Attorney
Chief, Civil Division
State Bar No. 10131415
S.D. I.D. 7959
Southern District of Texas
1000 Louisiana, Suite 2300 Houston, TX 77002
Tel: (713) 567-9000
Fax: (713) 718-3300
Daniel.Hu@usdoj.gov

*Local Counsel*

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on December 13, 2021, which automatically serves all counsel of record who are registered to receive notices in this case.

                            */s/ Ryan D. Walters*
                            RYAN D. WALTERS