# *United States Court of Appeals*

### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

December 28, 2021

United States Courts
Southern District of Texas
F I L E D

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

**DEC 28 2021**

No. 21-40618    State of Texas v. USA
USDC No. 6:21-CV-16

Nathan Ochsner
Clerk of Court

The court has granted in part an extension of time to and including
January 18, 2022 for filing a reply brief in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By:
Angelique B. Tardie, Deputy Clerk
504-310-7715

Mr. Spencer Amdur
Mr. H. Thomas Byron III
Ms. Kathryn Cherry
Mr. Matt A. Crapo
Mr. Drew C. Ensign
Ms. Sarah Elaine Harrington
Mr. Daniel David Hu
Ms. Kathryn Lynn Huddleston
Mr. Omar C. Jadwat
Mr. Sean Janda
Ms. Elizabeth Baker Murrill
Mr. Nathan Ochsner
Mr. Erez Reuveni
Mr. Michael Shih
Mr. Judd Edward Stone II
Mr. Patrick K. Sweeten
Mr. Benjamin D. Wilson
Mr. Cody Wofsy
Mr. Walter S. Zimolong III