UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, STATE OF LOUISIANA<br><br>     Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA, *et al.*<br><br>     Defendants. | No. 6:21-cv-00016 |

**DEFENDANTS' NOTICE OF CORRECTED ADMINIISTRATIVE RECORD INDEX**

Defendants hereby file a corrected index for the administrative record of the challenged *Guidelines for the Enforcement of Civil Immigration Law* (Sept. 30, 2021). This corrected index supersedes the previous index filed for this administrative record (ECF No. 117-2). Although Defendants have made corrections to this index, they have not made any changes to the underlying documents comprising the administrative record previously served on Plaintiffs' counsel. Consistent with this Court's Order, ECF No. 140, Defendants will file those administrative record documents on the public docket through multiple filings to account for the 120 documents in the administrative record.

Dated: January 5, 2022

                  Respectfully submitted,

                  BRIAN M. BOYNTON
                  Acting Assistant Attorney General

                  BRIGHAM J. BOWEN
                  Assistant Branch Director

                  */s/ Adam Kirschner*
                  ADAM D. KIRSCHNER
                  Attorney-in-charge

IL Bar. No. 6286601
Senior Trial Counsel
BRIAN C. ROSEN-SHAUD
ME Bar No. 006018
MICHAEL F. KNAPP
CA Bar No. 314104
KUNTAL CHOLERA
DC Bar No. 1031523
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 353-9265
Fax: (202) 616-8460
Email:  Adam.Kirschner@usdoj.gov
       Brian.C.Rosen-Shaud@usdoj.gov
       Michael.F.Knapp@usdoj.gov
       Kuntal.Cholera@usdoj.gov

<u>Mailing Address</u>:
Post Office Box 883
Washington, D.C. 20044

<u>Courier Address</u>
1100 L Street NW, Room 11020
Washington, D.C. 20005

EREZ REUVENI
CA Bar No. 264124
Assistant Director
U.S. Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
202-307-4293 (telephone)
Email:  Erez.R.Reuveni@usdoj.gov

*Counsel for Defendants*

DANIEL DAVID HU
Assistant United States Attorney
Chief, Civil Division
State Bar No. 10131415
S.D. I.D. 7959
Southern District of Texas
1000 Louisiana, Suite 2300 Houston, TX 77002
Tel: (713) 567-9000
Fax: (713) 718-3300

Daniel.Hu@usdoj.gov

*Local Counsel*

## CERTIFICATE OF COMPLIANCE

I certify that the total number of words in this motion, exclusive of the matters designated for omission, is 98, as counted by Microsoft Word.

*/s/ Adam D. Kirschner*
ADAM D. KIRSCHNER

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on January 5, 2022.

*/s/ Adam D. Kirschner*
ADAM D. KIRSCHNER