# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, STATE OF LOUISIANA, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 6:21-cv-00016 |
| UNITED STATES OF AMERICA, *et al.* | ) ) ) |
| Defendants. | ) ) ) |

## PLAINTIFFS' EXHIBIT LIST

Plaintiffs designate the following exhibits for trial:

| Ex. | Document Title |
|---|---|
| A | January 20, 2021 Memorandum |
| B | February 18, 2021 Memorandum |
| C | Declaration of Jason Clark (Texas Department of Criminal Justice) |
| C1 | Exhibit 1 to Plaintiffs' Trial Exhibit C - *Profiles for Inmates with ICE Detainers Dropped -January 20 2021 - December 29 2021* |
| C2 | Exhibit 2 to Plaintiffs' Trial Exhibit C - *Profiles for Inmates with ICE Detainers Dropped -January 20 2020 - December 29 2020* |
| D | Declaration of Thomas Homan |
| D1 | Exhibit 1 to Plaintiffs' Trial Exhibit D - *Curriculum Vitae of Thomas Homan* |
| D2 | Exhibit 2 to Plaintiffs' Trial Exhibit D - *U.S. Immigration and Customs Enforcement Fiscal Year 2020 Enforcement and Removal Operations Report* |
| D3 | Exhibit 3 to Plaintiffs' Trial Exhibit D - *Review of and Interim Revision to Civil Immigration Enforcement and Removal Policies and Priorities* |
| D4 | Exhibit 4 to Plaintiffs' Trial Exhibit D - *Interim Guidance: Civil Immigration Enforcement and Removal Priorities* |

| | |
|---|---|
| D5 | Exhibit 5 to Plaintiffs' Trial Exhibit D - *Guidelines for the Enforcement of Civil Immigration Law* |
| D6 | Exhibit 6 to Plaintiffs' Trial Exhibit D - *ERO FY 2019 Achievement* |
| E | Declaration of Bill E. Waybourn (Tarrant County Sheriff) |
| F | Declaration of Rebecca Waltz (Texas Department of Criminal Justice) |
| G | Declaration of Susan Bricker (Texas Health and Human Services Commission) |
| G1 | Exhibit 1 to Plaintiffs' Trial Exhibit G - *Curriculum Vitae of Susan Bricker* |
| G2 | Exhibit 2 to Plaintiffs' Trial Exhibit G – *Appendix B* |
| H | Declaration of Leonardo R. Lopez (Texas Education Agency) |
| H1 | Exhibit 1 to Plaintiffs' Trial Exhibit H - *Unaccompanied Children Released to Sponsors by State* |
| I | Declaration of Sean Grove (Texas Juvenile Justice Department) |
| J | Texas Agreement |
| K | Louisiana Agreement |
| L | Declaration of Jonathan R. Vining (Louisiana Department of Public Safety and Corrections) |
| M | Letter from DHS to Texas |
| N | ICE FY2020 Enforcement and Removal Operations Report |
| O | ICE FY2019 Enforcement and Removal Operations Report |
| P | News Release; ICE Announces Case Review Process |
| Q | ICE Detention Data, FY2021 YTD |
| R | ICE Detention Data, FY2020 |
| S | ICE Annual Report FY2020 |
| T | DOJ 2018 Update on Prisoner Recidivism |
| U | Census Bureau Table: Geographic Mobility by Citizenship Status |

| | |
|---|---|
| V | The Foreign-Born Population in Texas: Sources of Growth |
| W | Gone to Texas |
| X | September 30, 2021 Memorandum |
| Y | Guidelines for the Enforcement of Civil Immigration Law |
| Z | AART Broadcast Email – November, 2021 |
| AA | AART Quick Reference Guide – November, 2021 |
| BB | AART Broadcast Email – December, 2021 |
| CC | AART Quick Reference Guide – December, 2021 |

| | |
|---|---|
| Date: January 11, 2022 | Respectfully submitted. |
| KEN PAXTON<br>Attorney General of Texas | PATRICK K. SWEETEN<br>Deputy Attorney General for Special Litigation<br>*Attorney-in-Charge*<br>Texas Bar No. 00798537 |
| BRENT WEBSTER<br>First Assistant Attorney General | Southern District of Texas Bar No. 1829509<br>patrick.sweeten@oag.texas.gov |
| JUDD E. STONE II<br>Solicitor General | WILLIAM T. THOMPSON<br>Deputy Chief, Special Litigation Unit<br>Texas Bar No. 24088531<br>Southern District of Texas Bar No. 3053077<br>will.thompson@oag.texas.gov |
| | */s/ Ryan D. Walters*<br>RYAN D. WALTERS<br>Special Counsel<br>Texas Bar No. 24105085<br>Southern District of Texas Bar No. 3369185<br>ryan.walters@oag.texas.gov |
| | OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100<br>Fax: (512) 457-4410<br>**COUNSEL FOR PLAINTIFF STATE OF TEXAS** |
| | **JEFF LANDRY**<br>**LOUISIANA ATTORNEY GENERAL** |
| | */s/ Elizabeth B. Murrill*<br>ELIZABETH B. MURRILL<br>Solicitor General<br>JOSEPH S. ST. JOHN<br>Deputy Solicitor General |
| | Louisiana Department of Justice<br>1885 N. Third St.<br>Baton Rouge, LA 70804<br>(225) 326-6766<br>murrille@ag.louisiana.gov<br>stjohnj@ag.louisiana.gov |
| | **COUNSEL FOR PLAINTIFF STATE OF LOUISIANA** |

## CERTIFICATE OF SERVICE

    I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on January 11, 2022, which automatically serves all counsel of record who are registered to receive notices in this case.

                                                   /s/ *Ryan D. Walters*
                                                   RYAN D. WALTERS