UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, STATE OF LOUISIANA,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*<br><br>Defendants. | No. 6:21-cv-00016 |

**PLAINTIFFS' WITNESS LIST**

Consistent with the Court's December 23, 2021 Order, ECF No. 140, and the agreement of the parties, Plaintiffs' declarations designated as exhibits may be considered by the Court at trial without the need for live testimony from the declarants. Plaintiffs also plan to call two of the declarants as witnesses.

**Plaintiffs designate the following witnesses to testify at trial:**

1. Thomas Homan, former Acting Director of U.S. Immigration and Customs Enforcement (ICE)

Mr. Homan will testify on the topics raised in his Trial Declaration, including the effects of the guidance challenged in this case on the enforcement efforts of ICE officers, and the capability of Defendants to increase their detention capacity.

2. Jason Clark, Chief of Staff of the Texas Department of Criminal Justice

Mr. Clark will testify on the topics raised in his Trial Declaration, including the effects of the guidance challenged in this case on detainers for inmates within the Texas Department of Criminal Justice.

| | |
|---|---|
| Date: January 11, 2022 | Respectfully submitted. |
| KEN PAXTON<br>Attorney General of Texas | PATRICK K. SWEETEN<br>Deputy Attorney General for Special Litigation<br>*Attorney-in-Charge*<br>Texas Bar No. 00798537 |
| BRENT WEBSTER<br>First Assistant Attorney General | Southern District of Texas Bar No. 1829509<br>patrick.sweeten@oag.texas.gov |
| JUDD E. STONE II<br>Solicitor General | WILLIAM T. THOMPSON<br>Deputy Chief, Special Litigation Unit<br>Texas Bar No. 24088531<br>Southern District of Texas Bar No. 3053077<br>will.thompson@oag.texas.gov |

*/s/ Ryan D. Walters*
RYAN D. WALTERS
Special Counsel
Texas Bar No. 24105085
Southern District of Texas Bar No. 3369185
ryan.walters@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Fax: (512) 457-4410
**COUNSEL FOR PLAINTIFF STATE OF TEXAS**

**JEFF LANDRY**
**LOUISIANA ATTORNEY GENERAL**

*/s/ Elizabeth B. Murrill*
ELIZABETH B. MURRILL
Solicitor General
JOSEPH S. ST. JOHN
Deputy Solicitor General

Louisiana Department of Justice
1885 N. Third St.
Baton Rouge, LA 70804
(225) 326-6766
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov

**COUNSEL FOR PLAINTIFF STATE OF LOUISIANA**

-3-

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on January 11, 2022, which automatically serves all counsel of record who are registered to receive notices in this case.

*/s/ Ryan D. Walters*
R<small>YAN</small> D. W<small>ALTERS</small>
