| | |
|---|---|
| **From:** | Robert Moore |
| **To:** | Karen Hall |
| **Cc:** | Michelle Munson |
| **Subject:** | FW: Lifted detainers |
| **Date:** | Thursday, December 16, 2021 2:08:24 PM |

FYI

**From:** ███████████████████████@ice.dhs.gov>
**Sent:** Thursday, December 16, 2021 1:34 PM
**To:** Robert Moore <Robert.Moore@tdcj.texas.gov>
**Cc:** ███████████████████████@ice.dhs.gov>
**Subject:** RE: Lifted detainers

> **CAUTION:** This email was received from an EXTERNAL source, use caution when clicking links or opening attachments.
> If you believe this to be a malicious and/or phishing email, please contact the Information Security Office (ISO).

The state jail offender is a USC. The other two offenders are priorities lifts.
Sent with BlackBerry Work
(www.blackberry.com)

**From:** Robert Moore <Robert.Moore@tdcj.texas.gov>
**Date:** Thursday, Dec 16, 2021, 12:26 PM
**To:** ███████████████████████@ice.dhs.gov>
**Subject:** Lifted detainers

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, you can click on report .

Are these inmates priority lift?

| | | | |
|---|---|---|---|
| 07061775 | 02348637 | ████████████ | ██ |
| 19116682 | 02353942 | ████████████ | ███ |
| 50399108 | 02353758 | ████████████ | ███ |

| | |
|---|---|
| **From:** | Robert Moore |
| **To:** | Karen Hall |
| **Cc:** | Michelle Munson |
| **Subject:** | FW: Lifted detainers |
| **Date:** | Wednesday, December 1, 2021 7:08:08 AM |

FYI

**From:** ▮▮▮▮▮@ice.dhs.gov>
**Sent:** Wednesday, December 01, 2021 7:06 AM
**To:** Robert Moore <Robert.Moore@tdcj.texas.gov>
**Cc:** ▮▮▮▮▮@ice.dhs.gov>
**Subject:** RE: Lifted detainers

> **CAUTION:** This email was received from an EXTERNAL source, use caution when clicking links or opening attachments.
> If you believe this to be a malicious and/or phishing email, please contact the Information Security Office (ISO).

1. ▮▮▮▮  2269299 Priority lift? Not Amenable to Removal
2. ▮▮▮  23051852 Priority lift? Yes

**From:** Robert Moore <Robert.Moore@tdcj.texas.gov>
**Sent:** Wednesday, December 1, 2021 6:48 AM
**To:** ▮▮▮▮▮@ice.dhs.gov>
**Subject:** Lifted detainers

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact ICE SOC SPAM with questions or concerns.

Tom,

1. ▮▮▮▮  2269299 Priority lift?
2. ▮▮▮  23051852 Priority lift?

| From: | Robert Moore |
|---|---|
| To: | Karen Hall |
| Cc: | Michelle Munson |
| Subject: | FW: Lifted detainers |
| Date: | Friday, December 17, 2021 9:52:49 AM |

FYI

**From:** ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮@ice.dhs.gov>
**Sent:** Friday, December 17, 2021 9:48 AM
**To:** Robert Moore <Robert.Moore@tdcj.texas.gov>
**Cc:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮@ice.dhs.gov>
**Subject:** RE: Lifted detainers

**CAUTION:** This email was received from an EXTERNAL source, use caution when clicking links or opening attachments.
If you believe this to be a malicious and/or phishing email, please contact the Information Security Office (ISO).

Priority Lifts
Sent with BlackBerry Work
(www.blackberry.com)

**From:** Robert Moore <Robert.Moore@tdcj.texas.gov>
**Date:** Friday, Dec 17, 2021, 6:44 AM
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮@ice.dhs.gov>
**Subject:** Lifted detainers

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, you can click on report .

Why were the detainers lifted?

| 18958901 | 02370424 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮▮ | 12/2/2021 | 12/16/2021 |
|---|---|---|---|---|---|
| 19328518 | 02368854 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮▮ | 11/1/2021 | 12/16/2021 |