UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

State of Texas, et al.

v.                                                                    Case Number: 6:21−cv−00016

United States of America, et al.

NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

All Parties to appear by ZOOM. Zoom link will be emailed to parties. All other participants may use the dial in instructions: Dial by your location +1 669 254 5252 US (San Jose) +1 646 828 7666 US (New York) +1 669 216 1590 US (San Jose) +1 551 285 1373 US Meeting ID: 160 994 8471 Passcode: 754354

**TYPE OF PROCEEDING:** Motion Hearing
Motion Hearing

**DATE:**   1/25/2022

**TIME:**   01:30 PM

**Before the Honorable Drew B Tipton**

Date:   January 24, 2022

Nathan Ochsner, Clerk