**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | |
|---|---|
| STATE OF TEXAS, STATE OF LOUISIANA<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)   No. 6:21-cv-00016<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' ADIVSORY ON EXHIBIT AND WITNESS LISTS**

Defendants hereby inform the Court that they do not seek to amend their previously submitted exhibit and witness lists, ECF Nos. 161 and 162.


Dated: February 3, 2022                 Respectfully submitted,

                                        BRIAN M. BOYNTON
                                        Acting Assistant Attorney General

                                        BRIGHAM J. BOWEN
                                        Assistant Branch Director

                                        */s/ Adam D. Kirschner*
                                        ADAM D. KIRSCHNER
                                        Attorney-in-charge
                                        IL Bar. No. 6286601
                                        Senior Trial Counsel
                                        BRIAN C. ROSEN-SHAUD
                                        ME Bar No. 006018
                                        MICHAEL F. KNAPP
                                        CA Bar No. 314104
                                        KUNTAL CHOLERA
                                        DC Bar No. 1031523
                                        Trial Attorneys
                                        United States Department of Justice
                                        Civil Division, Federal Programs Branch
                                        Tel: (202) 353-9265

Fax: (202) 616-8460
Email: Adam.Kirschner@usdoj.gov
       Brian.C.Rosen-Shaud@usdoj.gov
       Michael.F.Knapp@usdoj.gov
       Kuntal.Cholera@usdoj.gov

Mailing Address:
Post Office Box 883
Washington, D.C. 20044

Courier Address
1100 L Street NW, Room 11020
Washington, D.C. 20005

EREZ REUVENI
CA Bar No. 264124
Assistant Director
U.S. Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
202-307-4293 (telephone)
Email: Erez.R.Reuveni@usdoj.gov

*Counsel for Defendants*


DANIEL DAVID HU
Assistant United States Attorney
Chief, Civil Division
State Bar No. 10131415
S.D. I.D. 7959
Southern District of Texas
1000 Louisiana, Suite 2300 Houston, TX 77002
Tel: (713) 567-9000
Fax: (713) 718-3300
Daniel.Hu@usdoj.gov

*Local Counsel*

2

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically

(via CM/ECF) on February 3, 2022.

*/s/ Adam D. Kirschner*
ADAM D. KIRSCHNER