# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

State of Texas, et al.

v.                                              Case Number: 6:21−cv−00016

United States of America, et al.

---

## Notice of Setting

**A proceeding has been set in this case as set forth below.**

All Parties to appear by ZOOM. Zoom link will be emailed to parties. All other participants may use the dial in instructions: Dial by your location +1 669 254 5252 US (San Jose) +1 646 828 7666 US (New York) +1 669 216 1590 US (San Jose) +1 551 285 1373 US Meeting ID: 160 994 8471 Passcode: 754354.

**BEFORE:**
**Judge Drew B Tipton**

**LOCATION:**

Martin Luther King, Jr., Federal Building
312 S. Main
Victoria, TX 77901

**DATE:** 2/17/2022

**TIME:** 11:00 AM

**TYPE OF PROCEEDING:** Status Conference

---

Date:   February 8, 2022                              Nathan Ochsner, Clerk