# United States Court of Appeals for the Fifth Circuit

United States Courts
Southern District of Texas
FILED

*February 11, 2022*

Nathan Ochsner, Clerk of Court

No. 21-40618

United States Court of Appeals
Fifth Circuit

**FILED**

February 11, 2022

Lyle W. Cayce
Clerk

STATE OF TEXAS; STATE OF LOUISIANA,

*Plaintiffs—Appellees*,

*versus*

UNITED STATES OF AMERICA; ALEJANDRO MAYORKAS, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TROY MILLER, ACTING COMMISSIONER, U.S. CUSTOMS AND BORDER PROTECTION, IN HIS OFFICIAL CAPACITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; TAE D. JOHNSON, ACTING DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, IN HIS OFFICIAL CAPACITY; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; UR M. JADDOU, DIRECTOR OF THE U.S. CITIZENSHIP AND IMMIGRATION SERVICES; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,

*Defendants—Appellants*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 6:21-CV-16

Before Southwick, Graves, and Costa, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that Appellants' unopposed motion to dismiss the appeal pursuant to Federal Rules of Appellate Procedure 42(b) is GRANTED.