# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

| | |
|---|---|
| **LYLE W. CAYCE**<br>**CLERK** | **TEL. 504-310-7700**<br>**600 S. MAESTRI PLACE,**<br>**Suite 115**<br>**NEW ORLEANS, LA 70130** |

February 11, 2022

Mr. Nathan Ochsner
Southern District of Texas, Victoria
United States District Court
312 S. Main Street
Room 406
Victoria, TX 77901-0000

United States Courts
Southern District of Texas
FILED

*February 11, 2022*

Nathan Ochsner, Clerk of Court

    No. 21-40618   State of Texas v. USA
    USDC No. 6:21-CV-16

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.


Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Dawn M. Shulin, Deputy Clerk
504-310-7658


cc w/encl:
    Mr. Spencer Amdur
    Mr. H. Thomas Byron III
    Ms. Kathryn Cherry
    Mr. Matt A. Crapo
    Mr. Drew C. Ensign
    Ms. Sarah Elaine Harrington
    Mr. Daniel David Hu
    Ms. Kathryn Lynn Huddleston
    Mr. Omar C. Jadwat
    Mr. Sean Janda
    Ms. Elizabeth Baker Murrill
    Mr. Erez Reuveni
    Mr. Michael Shih
    Mr. Judd Edward Stone II
    Mr. Patrick K. Sweeten
    Mr. Benjamin D. Wilson
    Mr. Cody Wofsy
    Mr. Walter S. Zimolong III