UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, STATE OF LOUISIANA,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*<br><br>Defendants. | No. 6:21-cv-00016 |

## DEFENDANTS' ADVISORY

The States have claimed that the Fifth Circuit's decision in *Texas v. Biden*, 20 F.4th 928 (5th Cir. 2021), "addresses many issues relevant to those pending before the Court" in this case. Pls.' Notice of Suppl. Authority (ECF No. 167); *see* Pls.' Proposed Findings of Fact and Conclusions of Law (ECF No. 194) (citing *Texas* throughout); *see also* Defs.' Resp. (ECF TK) (addressing the States' Notice of Supplemental Authority).

Defendants provide notice that the Supreme Court has granted the government's petition for writ of certiorari in *Texas* and scheduled argument for the Court's April 2022 argument session. *See* Order, *Biden v. Texas*, No. 21-954 (Feb. 18, 2022).

Dated: February 21, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

 */s/ Adam D. Kirschner*
ADAM D. KIRSCHNER
Attorney-in-charge
IL Bar. No. 6286601

1

Senior Trial Counsel
BRIAN C. ROSEN-SHAUD
ME Bar No. 006018
MICHAEL F. KNAPP
CA Bar No. 314104
KUNTAL CHOLERA
DC Bar No. 1031523
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 353-9265
Fax: (202) 616-8460
Email:  Adam.Kirschner@usdoj.gov
          Brian.C.Rosen-Shaud@usdoj.gov
          Michael.F.Knapp@usdoj.gov
          Kuntal.Cholera@usdoj.gov

<u>Mailing Address</u>:
Post Office Box 883
Washington, D.C. 20044

<u>Courier Address</u>
1100 L Street NW, Room 11020
Washington, D.C. 20005

EREZ REUVENI
CA Bar No. 264124
Assistant Director
U.S. Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
202-307-4293 (telephone)
Email:  Erez.R.Reuveni@usdoj.gov

*Counsel for Defendants*


DANIEL DAVID HU
Assistant United States Attorney
Chief, Civil Division
State Bar No. 10131415
S.D. I.D. 7959
Southern District of Texas
1000 Louisiana, Suite 2300 Houston, TX 77002
Tel: (713) 567-9000
Fax: (713) 718-3300

Daniel.Hu@usdoj.gov

*Local Counsel*

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on February 21, 2022.

/s/ Adam D. Kirschner
ADAM D. KIRSCHNER
