UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTOIA DIVISION

United States Courts Southern District of Texas
FILED
*2/24/2022*
Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| STATE OF TEXAS, ET AL. | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 6:21-cv-16 |
| UNITED STATES OF AMERICA, ET AL. | § § | |
| Defendant. | § | |

## TRIAL EXHIBIT LIST OF DEFENDANTS

| No. | Description | Offer | Object | Date Admit | Date N/Adm |
|---|---|---|---|---|---|
| 1. | Administrative Record Index (ECF No. 145-1) | 2/22/2022 | | 2/22/2022 | |
| 2. | Administrative Record (ECF Nos. 146-153) | 2/22/2022 | | 2/22/2022 | |
| 3. | Transport Logs | 2/22/2022 | x | 2/23/2022 | |
| 4. | Summary Chart of Transport Logs, Pursuant to Federal Rule of Civil Procedure 1006 | 2/22/2022 | x | | 2/23/2022 |
| 5. | Email - Detainer for TDCJ # 023171148 | 2/23/2022 | | 2/23/2022 | |
| 6. | 1226 Apprehension and Detention | 2/23/2022 | | 2/23/2022 | |

Dated: February 22, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

 /s/ Adam D. Kirschner
ADAM D. KIRSCHNER
Attorney-in-charge
IL Bar. No. 6286601
Senior Trial Counsel
BRIAN C. ROSEN-SHAUD
ME Bar No. 006018
MICHAEL F. KNAPP
CA Bar No. 314104
KUNTAL CHOLERA
DC Bar No. 1031523
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 353-9265
Fax: (202) 616-8460
Email:  Adam.Kirschner@usdoj.gov
            Brian.C.Rosen-Shaud@usdoj.gov
            Michael.F.Knapp@usdoj.gov
            Kuntal.Cholera@usdoj.gov

Mailing Address:
Post Office Box 883
Washington, D.C. 20044

Courier Address
1100 L Street NW, Room 11020
Washington, D.C. 20005

EREZ REUVENI
CA Bar No. 264124
Assistant Director
U.S. Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044

202-307-4293 (telephone)
Email: Erez.R.Reuveni@usdoj.gov

*Counsel for Defendants*

DANIEL DAVID HU
Assistant United States Attorney
Chief, Civil Division
State Bar No. 10131415
S.D. I.D. 7959
Southern District of Texas
1000 Louisiana, Suite 2300 Houston, TX 77002
Tel: (713) 567-9000
Fax: (713) 718-3300
Daniel.Hu@usdoj.gov

*Local Counsel*

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on February 22, 2022.

/s/ Adam D. Kirschner
ADAM D. KIRSCHNER