United States District Court
Southern District of Texas
**ENTERED**
March 02, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

|  |  |  |
|---|---|---|
| STATE OF TEXAS, STATE OF LOUISIANA | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 6:21-cv-00016 |
| UNITED STATES OF AMERICA, *et al.* | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

A two-day bench trial concluded in this case on February 24, 2022. This Court **ORDERS** the following deadlines for post-trial submissions:

a. No later than March 18, 2022, the Parties shall separately file Proposed Findings of Fact and Conclusions of Law. In their Proposed Findings of Fact and Conclusions of Law, the Parties shall denote any evidence outside of the administrative record on which they seek to rely for purposes other than standing or remedy. The Parties may file any post-trial motions and memoranda of law no later than this date.

b. No later than April 1, 2022, the Parties shall file any responses to any post-trial motions and memoranda of law. The Parties shall also file by April 1, 2022, any objections to the use of any evidence outside of the administrative record. This will close any post-trial briefing.

It is SO ORDERED.

Signed this  2nd  of      March       , 2022.

_____
Drew B. Tipton
UNITED STATES DISTRICT JUDGE