UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, STATE OF LOUISIANA | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )   No. 6:21-cv-00016 |
| UNITED STATES OF AMERICA, *et al.* | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

**DEFENDANTS' ADVISORY**

The Department of Homeland Security recently released the ICE Annual Report for Fiscal Year 2021, covering the period of October 1, 2020, through September 30, 2021. It is available at https://www.ice.gov/doclib/eoy/iceAnnualReportFY2021.pdf. Although this report covers the period before the Secretary of Homeland Security's challenged *Guidelines for the Enforcement of Civil Immigration Law* (Sept. 30, 2021) (ECF No. 122-1) went into effect, Defendants bring the report to the Court's attention in light of the Court's inquiry of when this report would be released, *see* 2/24 PM Trial Tr. at 2-133:8-18.

Dated: March 11, 2022       Respectfully submitted,

  BRIAN M. BOYNTON
  Principal Deputy Assistant Attorney General


  BRIGHAM J. BOWEN
  Assistant Branch Director

   */s/ Adam D. Kirschner*
  ADAM D. KIRSCHNER
  Attorney-in-charge
  IL Bar. No. 6286601
  Senior Trial Counsel
  BRIAN C. ROSEN-SHAUD

1

ME Bar No. 006018
MICHAEL F. KNAPP
CA Bar No. 314104
KUNTAL CHOLERA
DC Bar No. 1031523
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 353-9265
Fax: (202) 616-8460
Email:  Adam.Kirschner@usdoj.gov
             Brian.C.Rosen-Shaud@usdoj.gov
             Michael.F.Knapp@usdoj.gov
             Kuntal.Cholera@usdoj.gov

Mailing Address:
Post Office Box 883
Washington, D.C. 20044

Courier Address
1100 L Street NW, Room 11020
Washington, D.C. 20005

EREZ REUVENI
CA Bar No. 264124
Assistant Director
U.S. Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
202-307-4293 (telephone)
Email:  Erez.R.Reuveni@usdoj.gov

*Counsel for Defendants*


DANIEL DAVID HU
Assistant United States Attorney
Chief, Civil Division
State Bar No. 10131415
S.D. I.D. 7959
Southern District of Texas
1000 Louisiana, Suite 2300 Houston, TX 77002
Tel: (713) 567-9000
Fax: (713) 718-3300
Daniel.Hu@usdoj.gov

*Local Counsel*

## CERTIFICATE OF SERVICE

  I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on March 11, 2022.

                <u>*/s/ Adam D. Kirschner*  </u>
                ADAM D. KIRSCHNER