UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS; STATE OF LOUISIANA,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>*Defendants*. | Case No. 6:21-cv-16 |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs submit the following Notice of Supplemental Authority to advise the Court of the opinion in *Arizona v. Biden*, --- F.Supp.3d ----, No. 3:21-cv-314, 2022 WL 839672 (S.D. Ohio Mar. 22, 2022) (Newman, J.) (attached as Exhibit A).[1]

This opinion explains that court's order preliminarily enjoining enforcement of the same agency action challenged in this case (and why it denied DHS's motion to dismiss). It addresses the same issues pending before the Court after the bench trial: why States have standing (*id*. at *9–14); why the challenged agency action is final agency action (*id*. at *23–25); why States are within the zone-of-interests (*id*. at *25–26); why specific provisions of immigration law do not preclude review (*id*. at *21–23); why the agency action is not committed to agency discretion by law because "shall" is mandatory language and 8 U.S.C. § 1226(c) and 8 U.S.C. § 1231(a)(1)(A) are statutory commands not within executive discretion (*id*. at *14–21, 26); why the reasons in the

---

[1] Westlaw currently indicates that this opinion is authored by the magistrate judge rather than Judge Newman. This is incorrect (as is clear in the slip opinion available on PACER), and Westlaw has been notified. The corrected entry on Westlaw should be available next week.

"Considerations Memo" fail arbitrary-and-capricious review (*id*. at *26–32); why the challenged agency action was required to undergo notice-and-comment rulemaking (*id*. at *32–36); and the scope of relief (*id*. at *36–40).

| | |
|---|---|
| Date: March 25, 2022 | Respectfully submitted. |

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

PATRICK K. SWEETEN
Deputy Attorney General
for Special Litigation

WILLIAM T. THOMPSON
Deputy Chief, Special Litigation Unit
Texas Bar No. 24088531
Southern District of Texas Bar No. 3053077
will.thompson@oag.texas.gov

*/s/ Ryan D. Walters*
RYAN D. WALTERS
Special Counsel
*Attorney-in-Charge*
Texas Bar No. 24105085
Southern District of Texas Bar No. 3369185
ryan.walters@oag.texas.gov

ERIC A. HUDSON
Senior Special Counsel
Texas Bar No. 24059977
Southern District of Texas Bar No. 1000759

LEIF A. OLSON
Special Counsel
Texas Bar No. 24032801
Southern District of Texas Bar No. 33695

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Fax: (512) 457-4410

**COUNSEL FOR PLAINTIFF STATE OF TEXAS**

**JEFF LANDRY**
**LOUISIANA ATTORNEY GENERAL**

*/s/Joseph S. St. John*
ELIZABETH B. MURRILL
Solicitor General
JOSEPH S. ST. JOHN
Deputy Solicitor General
BENJAMIN WALLACE
Assistant Solicitor General

Louisiana Department of Justice
1885 N. Third St.
Baton Rouge, LA 70804
(225) 326-6766
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov

**COUNSEL FOR PLAINTIFF STATE OF LOUISIANA**

## CERTIFICATE OF COMPLIANCE

I certify that the total number of words in this response, exclusive of the matters designated for omission, is 244, as counted by Microsoft Word.

*/s/ Ryan D. Walters*
RYAN D. WALTERS

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on March 25, 2022, which automatically serves all counsel of record who are registered to receive notices in this case.

*/s/ Ryan D. Walters*
RYAN D. WALTERS