United States District Court
Southern District of Texas
**ENTERED**
March 30, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, STATE OF LOUISIANA <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.* <br><br> Defendants. | No. 6:21-cv-00016 |

**ORDER**

Upon consideration of Defendants' Motion for Extension of Time for the Parties to file their Post-Trial Brief Responses, the Court rules as follows:

IT IS HEREBY ORDERED that the Parties shall file their post-trial brief responses no later than April 6, 2022.

It is SO ORDERED.

March 30th, 2022

_____
Drew B. Tipton
United States District Judge

-1-