# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

|  |  |
|---|---|
| STATE OF TEXAS, STATE OF LOUISIANA<br><br>        Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA, *et al.*<br><br>        Defendants. | No. 6:21-cv-00016 |

### DEFENDANTS' MOTION TO FILE REPLY

Defendants move for leave to file a one-paragraph reply brief, responding solely to factual assertions raised for the first time on pages 9-10 of the States' response brief (ECF No. 231). The States oppose this request.

Dated: April 8, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Adam D. Kirschner (by permission)*
ADAM D. KIRSCHNER
Attorney-in-charge
IL Bar. No. 6286601
Senior Trial Counsel
BRIAN C. ROSEN-SHAUD
ME Bar No. 006018
MICHAEL F. KNAPP
CA Bar No. 314104
KUNTAL CHOLERA
DC Bar No. 1031523
Trial Attorneys
United States Department of Justice

1

Civil Division, Federal Programs Branch
Tel: (202) 353-9265
Fax: (202) 616-8460
Email:  Adam.Kirschner@usdoj.gov
            Brian.C.Rosen-Shaud@usdoj.gov
            Michael.F.Knapp@usdoj.gov
            Kuntal.Cholera@usdoj.gov

<u>Mailing Address</u>:
Post Office Box 883
Washington, D.C. 20044

<u>Courier Address</u>
1100 L Street NW, Room 11020
Washington, D.C. 20005

EREZ REUVENI
CA Bar No. 264124
Assistant Director
U.S. Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
202-307-4293 (telephone)
Email:  Erez.R.Reuveni@usdoj.gov

*Counsel for Defendants*


DANIEL DAVID HU
Assistant United States Attorney
Chief, Civil Division
State Bar No. 10131415
S.D. I.D. 7959
Southern District of Texas
1000 Louisiana, Suite 2300 Houston, TX 77002
Tel: (713) 567-9000
Fax: (713) 718-3300
Daniel.Hu@usdoj.gov

*Local Counsel*

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on April 8, 2022.

                                              */s/ Michael F. Knapp*
                                              MICHAEL F. KNAPP