# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS; STATE OF LOUISIANA, *Plaintiffs*, v. UNITED STATES OF AMERICA, *et al.*, *Defendants*. | Case No. 6:21-cv-16 |

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO FILE REPLY**

Texas and Louisiana oppose Defendants' attempt to further delay resolution of this case. The parties agreed to file simultaneous post-trial briefs, followed by simultaneous responses to "close any post-trial briefing"—with no replies. ECF 214. The Court adopted this briefing schedule that would close on April 1. ECF 218.

Plaintiffs—who sought preliminary relief that was consolidated into the bench trial—are irreparably harmed each day resolution of this case is delayed. That trial was originally set to begin on February 1. ECF 140. But Defendants delayed that to February 23. 01/25/2022 Minute Entry.

Defendants recently requested to extend the deadline for final briefs to April 6, which Plaintiffs agreed to. ECF 227, 228. But introducing another round of briefing—when the parties agreed to forgo replies, despite knowing that either side would be giving up the ability to respond to any points raised in the responses—is unwarranted.

Plaintiffs respectfully request that the Court deny Defendants' motion for leave.

Dated: April 8, 2022                          Respectfully submitted,

KEN PAXTON                                    WILLIAM T. THOMPSON
Attorney General of Texas                     Deputy Chief, Special Litigation Unit
                                              Texas Bar No. 24088531
BRENT WEBSTER                                 Southern District of Texas Bar No. 3053077
First Assistant Attorney
General                                       */s/ Ryan D. Walters*
                                              RYAN D. WALTERS
                                              Special Counsel
PATRICK K. SWEETEN                            *Attorney-in-Charge*
Deputy Attorney General                       Texas Bar No. 24105085
for Special Litigation                        Southern District of Texas Bar No. 3369185
                                              ryan.walters@oag.texas.gov

                                              ERIC A. HUDSON
                                              Senior Special Counsel
                                              Texas Bar No. 24059977
                                              Southern District of Texas Bar No. 1000759

                                              LEIF A. OLSON
                                              Special Counsel
                                              Texas Bar No. 24032801
                                              Southern District of Texas Bar No. 33695

                                              OFFICE OF THE ATTORNEY GENERAL
                                              SPECIAL LITIGATION UNIT
                                              P.O. Box 12548 (MC-009)
                                              Austin, Texas 78711-2548
                                              Tel.: (512) 936-1414
                                              Fax: (512) 936-0545

                                              **COUNSEL FOR PLAINTIFF STATE OF TEXAS**

2

        JEFF LANDRY
        LOUISIANA ATTORNEY GENERAL

        */s/ Elizabeth B. Murrill*
        ELIZABETH B. MURRILL
        Solicitor General
        JOSEPH S. ST. JOHN
        Deputy Solicitor General

        LOUISIANA DEPARTMENT OF JUSTICE
        1885 N. Third St.
        Baton Rouge, LA 70804
        (225) 326-6766
        murrille@ag.louisiana.gov
        stjohnj@ag.louisiana.gov

        **COUNSEL FOR PLAINTIFF STATE OF LOUISIANA**

**CERTIFICATE OF SERVICE**

    I certify that on April 8, 2022, this document was filed through the Court's CM/ECF system, which automatically serves all counsel of record.

        */s/ Ryan D. Walters*
        RYAN D. WALTERS

3