United States District Court
Southern District of Texas
**ENTERED**
April 08, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, STATE OF LOUISIANA | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 6:21-cv-00016 |
| UNITED STATES OF AMERICA, *et al.* | ) ) ) |
| Defendants. | ) ) ) |

**ORDER**

After due consideration of Defendants' motion for leave to file a one-paragraph reply brief, the Court is of the opinion that it should be GRANTED.

It is SO ORDERED.

Signed this  8th  of      April     , 2022.

Drew B. Tipton
United States District Judge

1