**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION**

| | | |
|---|---|---|
| STATE OF TEXAS, STATE OF LOUISIANA | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) | No. 6:21-cv-00016 |
| UNITED STATES OF AMERICA, *et al.* | ) ) ) | |
| Defendants. | ) ) | |

**REPLY**

Defendants provide this reply to address the States' incomplete and misleading picture about ICE's detention operations. *See* Pls.' Resp. at 9 (ECF No. 231). As explained in Defendants' proposed findings of fact, ICE book-ins were *greater* in each month from October 2021 through February 2022, as compared to October 2019 through February 2020. Defs.' Post-Tr. Proposed Findings of Fact and Conclusions of Law ¶ 60 (ECF No. 222). A greater share of book-ins, however, resulted from CBP arrests, rather than interior enforcement, as a result of increased enforcement at the border. *Id.* (citing Declaration of Peter Berg ¶ 18, AR_DHSP_00006029). Further, in their post-trial response brief, the States cite a news article for the proposition that there was a large drop in removals in Fiscal Year 2021, which predated the effective date of the September Guidance. *See* Pls.' Resp. at 9-10. But that news article fails to account for the fact that between January 2021 and July 2021, DHS expelled more than 600,000 noncitizens covered by the CDC's public health Order, which was not issued until the middle of Fiscal Year 2020. *See* CBP, *Nationwide Enforcement Encounters: Title 8 Enforcement Actions and Title 42 Expulsions FY2021* (last visited Apr. 6, 2022), https://www.cbp.gov/newsroom/stats/cbp-enforcement-statistics/title-8-and-title-42-statistics-fy2021.

1

Dated: April 8, 2022                    Respectfully submitted,

                                        BRIAN M. BOYNTON
                                        Principal Deputy Assistant Attorney General


                                        BRIGHAM J. BOWEN
                                        Assistant Branch Director

                                        */s/ Adam D. Kirschner (by permission)*
                                        ADAM D. KIRSCHNER
                                        Attorney-in-charge
                                        IL Bar. No. 6286601
                                        Senior Trial Counsel
                                        BRIAN C. ROSEN-SHAUD
                                        ME Bar No. 006018
                                        MICHAEL F. KNAPP
                                        CA Bar No. 314104
                                        KUNTAL CHOLERA
                                        DC Bar No. 1031523
                                        Trial Attorneys
                                        United States Department of Justice
                                        Civil Division, Federal Programs Branch
                                        Tel: (202) 353-9265
                                        Fax: (202) 616-8460
                                        Email: Adam.Kirschner@usdoj.gov
                                               Brian.C.Rosen-Shaud@usdoj.gov
                                               Michael.F.Knapp@usdoj.gov
                                               Kuntal.Cholera@usdoj.gov

                                        Mailing Address:
                                        Post Office Box 883
                                        Washington, D.C. 20044

                                        Courier Address
                                        1100 L Street NW, Room 11020
                                        Washington, D.C. 20005

                                        EREZ REUVENI
                                        CA Bar No. 264124
                                        Assistant Director
                                        U.S. Department of Justice
                                        Civil Division, Office of Immigration Litigation
                                        P.O. Box 868, Ben Franklin Station
                                        Washington, D.C. 20044
                                        202-307-4293 (telephone)

Email: Erez.R.Reuveni@usdoj.gov

*Counsel for Defendants*

DANIEL DAVID HU
Assistant United States Attorney
Chief, Civil Division
State Bar No. 10131415
S.D. I.D. 7959
Southern District of Texas
1000 Louisiana, Suite 2300 Houston, TX 77002
Tel: (713) 567-9000
Fax: (713) 718-3300
Daniel.Hu@usdoj.gov

*Local Counsel*

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on April 8, 2022.

*/s/ Michael F. Knapp*
MICHAEL F. KNAPP