UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, STATE OF LOUISIANA,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*<br><br>Defendants. | No. 6:21-cv-00016 |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants submit this notice to advise the Court of a recent unanimous opinion from the U.S. Court of Appeals for the Sixth Circuit related to the issues in this case. As the Court is aware, a district court for the Southern District of Ohio entered a preliminary injunction partially enjoining the government from relying on the September Guidance. *See* Pls.' Notice of Suppl. Auth. (ECF No. 226) (citing *Arizona v. Biden*, --- F.Supp.3d ----, No. 3:21-cv-314, 2022 WL 839672 (S.D. Ohio Mar. 22, 2022)). On April 12, 2022, the Sixth Circuit granted the governments' motion to stay the preliminary injunction pending appeal. Order, *Arizona v. Biden*, No. 22-3272 (6th Cir. April 12, 2022) (attached). The Sixth Circuit, in an opinion by Chief Judge Sutton, reasoned (1) that the States likely lacked standing, *id.* at 5-8; (2) that the September Guidance likely is unreviewable under the Administrative Procedure Act because it is not final agency action, *id.* at 9-12; (3) that, even if it were reviewable, Defendants were likely to prevail on the merits because (a) the September Guidance likely is not "contrary to law," *id.* at 12-15; (b) the September Guidance likely is not "arbitrary or capricious," *id.* at 15-16; and (c) the September Guidance likely was not required to undergo notice-and-comment procedures, *id.* at 16. For the Court's convenience, Defendants are attaching a copy of the Sixth Circuit's opinion to this filing.

| | |
|---|---|
| Date: April 13, 2022 | Respectfully submitted.<br><br>BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>BRIGHAM J. BOWEN<br>Assistant Branch Director<br><br> /s/ *Adam Kirschner (by permission)* <br>ADAM D. KIRSCHNER<br>Attorney-in-charge<br>IL Bar. No. 6286601<br>Senior Trial Counsel<br>BRIAN C. ROSEN-SHAUD<br>ME Bar No. 006018<br>MICHAEL F. KNAPP<br>CA Bar No. 314104<br>KUNTAL CHOLERA<br>DC Bar No. 1031523<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>Tel: (202) 353-9265<br>Fax: (202) 616-8460<br>Email: Adam.Kirschner@usdoj.gov<br>         Brian.C.Rosen-Shaud@usdoj.gov<br>         Michael.F.Knapp@usdoj.gov<br>         Kuntal.Cholera@usdoj.gov<br><br><u>Mailing Address:</u><br>Post Office Box 883<br>Washington, D.C. 20044<br><br><u>Courier Address</u><br>1100 L Street NW, Room 11020<br>Washington, D.C. 20005<br><br>EREZ REUVENI<br>CA Bar No. 264124<br>Assistant Director<br>U.S. Department of Justice<br>Civil Division, Office of Immigration Litigation<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>202-307-4293 (telephone)<br>Email: Erez.R.Reuveni@usdoj.gov |

*Counsel for Defendants*

DANIEL DAVID HU
Assistant United States Attorney
Chief, Civil Division
State Bar No. 10131415
S.D. I.D. 7959
Southern District of Texas
1000 Louisiana, Suite 2300 Houston, TX 77002
Tel: (713) 567-9000
Fax: (713) 718-3300
Daniel.Hu@usdoj.gov

*Local Counsel*

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on April 13, 2022.

*/s/ Michael F. Knapp*
MICHAEL F. KNAPP