United States District Court
Southern District of Texas
**ENTERED**
June 10, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| **The STATE OF TEXAS and the STATE OF LOUISIANA,** | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 6:21-CV-00016 |
| **The UNITED STATES OF AMERICA; ALEJANDRO MAYORKAS, Secretary of the United States Department of Homeland Security, in his official capacity; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TROY MILLER, Senior Official Performing the Duties of the Commissioner of U.S. Customs and Border Protection, in his official capacity; U.S. CUSTOMS AND BORDER PROTECTION; TAE JOHNSON, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TRACY RENAUD, Senior Official Performing the Duties of the Director of the U.S. Citizenship and Immigration Services, in her official capacity; and U.S. CITIZENSHIP AND IMMIGRATION SERVICES,** | § § § § § § § § § § § § § § § § § § § § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

For the reasons stated in the accompanying Memorandum Opinion and Order issued under Rule 52 of the Federal Rules of Civil Procedure on this date, it is hereby

**ORDERED and ADJUDGED** that Final Judgment is entered in favor for the Plaintiffs on Counts I, II, III, and IV in the Amended Complaint. *See* (Dkt. No. 109 at 26–32).

**ORDERED and ADJUDGED** that Final Judgment is entered in favor of the Defendants on Count V in the Amended Complaint. *See* (Dkt. No. 109 at 32–33).

**ORDERED and ADJUDGED** that the Court does not reach Count VI in the Amended Complaint. *See* (Dkt. No. 109 at 33–34).

The Court **DECLARES UNLAWFUL and VACATES**, in its entirety, the Secretary of Homeland Security's September 30, 2021 memorandum titled *Guidelines for the Enforcement of Civil Immigration Law*. (Dkt. No. 109-5). The Court **REMANDS** this matter to the Secretary of Homeland Security for further consideration. The Court **DENIES** all other requested relief.

The Court **STAYS** the effect of this Final Judgment for seven days from the date of entry to allow the Defendants to seek relief at the appellate level.

It is SO ORDERED.

Signed on June 10, 2022.

                                                           *Drew B. Tipton*
                                                           **DREW B. TIPTON**
                                         **UNITED STATES DISTRICT JUDGE**