UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

_____
                                    )
STATE OF TEXAS, STATE OF            )
LOUISIANA                           )
                                    )
           Plaintiffs,              )
                                    )   No. 6:21-cv-00016
    v.                              )
                                    )
UNITED STATES OF AMERICA, *et al.*  )
                                    )
           Defendants.              )
_____ )

### DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO A STAY

The States' opposition to Defendants' stay request has two significant omissions. First, the States do not engage with the Supreme Court's analysis in *Aleman Gonzalez*, No. 20-322, 596 U.S. -- (2022), and instead rely on authority that predates that decision. *Aleman Gonzalez* is an intervening decision that postdates this Court's judgment. The Court should at least stay its Order until it has a chance to analyze *Aleman Gonzalez* and the forthcoming MPP decision. Second, the States do not mention the declaration of Daniel Bible that Defendants submitted yesterday. This omission demonstrates that Plaintiffs have no material response to Defendants' showing that balancing of the equities here strongly favors a stay.

Defendants ask this Court to grant a stay or, in the alternative, extend the administrative stay for consideration of the stay motion, including the Bible declaration and the Supreme Court's decisions in *Aleman Gonzalez* and MPP. Should this Court deny both today, Defendants ask that this Court, at the least, continue the administrative stay through June 21, 2022, to give more time for the appellate process.

1

Dated: June 14, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

 /s/ Adam D. Kirschner
ADAM D. KIRSCHNER
Attorney-in-charge
IL Bar. No. 6286601
Senior Trial Counsel
BRIAN C. ROSEN-SHAUD
ME Bar No. 006018
MICHAEL F. KNAPP
CA Bar No. 314104
KUNTAL CHOLERA
DC Bar No. 1031523
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 353-9265
Fax: (202) 616-8460
Email:  Adam.Kirschner@usdoj.gov
            Brian.C.Rosen-Shaud@usdoj.gov
            Michael.F.Knapp@usdoj.gov
            Kuntal.Cholera@usdoj.gov

Mailing Address:
Post Office Box 883
Washington, D.C. 20044

Courier Address
1100 L Street NW, Room 11020
Washington, D.C. 20005

EREZ REUVENI
CA Bar No. 264124
Assistant Director
U.S. Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044

>202-307-4293 (telephone)
>Email: Erez.R.Reuveni@usdoj.gov
>
>*Counsel for Defendants*
>
>DANIEL DAVID HU
>Assistant United States Attorney
>Chief, Civil Division
>State Bar No. 10131415
>S.D. I.D. 7959
>Southern District of Texas
>1000 Louisiana, Suite 2300 Houston, TX 77002
>Tel: (713) 567-9000
>Fax: (713) 718-3300
>Daniel.Hu@usdoj.gov
>
>*Local Counsel*

## CERTIFICATE OF COMPLIANCE

I certify that the total number of words in this motion, exclusive of the matters designated for omission, is 176, as counted by Microsoft Word.

>*/s/ Adam D. Kirschner*
>ADAM D. KIRSCHNER

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on June 14, 2022.

>*/s/ Adam D. Kirschner*
>ADAM D. KIRSCHNER