**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

State of Texas, et al.

*versus*  Case Number: 6:21–cv–00016

United States of America, et al.

# NOTICE OF NON–COMPLIANCE

The appellant or counsel for the appellant has failed to:

- Submit the DKT13 transcript order form.

Date: June 29, 2022.

Nathan Ochsner, Clerk