# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 28, 2022

Mr. Sean Janda
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Ms. Elizabeth Baker Murrill
Office of the Attorney General
for the State of Louisiana
P.O. Box 94005
Baton Rouge, LA 70804-9005

Mr. Benjamin D. Wilson
Office of the Attorney General of Texas
Office of the Solicitor General
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

      No. 22-40367    State of Texas v. USA
                          USDC No. 6:21-CV-16

Dear Counsel,

The above referenced appeal has been placed in abeyance this date pending United States Supreme Court case 22-58.  If developments arise that would impact the stay, you must notify the court.  Once the case has been removed from abeyance, you will receive notification from this court with any additional instructions.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Angelique B. Tardie
Angelique B. Tardie, Deputy Clerk
504-310-7715

cc:
    Mr. Matt A. Crapo
    Mr. Drew C. Ensign
    Mr. Daniel David Hu
    Mr. Eric Alan Hudson
    Mr. Nathan Ochsner
    Mr. Erez Reuveni
    Mr. Michael Shih
    Mr. Judd Edward Stone II
    Mr. Patrick K. Sweeten
    Mr. Daniel Bentele Hahs Tenny
    Mr. Ryan Daniel Walters