# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

**CLERK OF COURT**                                                                 www.txs.uscourts.gov

January 6, 2023

In re: State of Texas et al v. United States of America et al
District Court No.: 6:21−cv−00016
Circuit Court No.: 22−40367

To Whom It May Concern:

Enclosed is the electronic record on CD for this Notice of Appeal. Please prepare your brief regarding this appeal using this copy of the paginated record.

Sealed documents are not included in the record being provided unless otherwise ordered or allowed under Fifth Circuit Court Rules. Requests for copies of sealed documents must be made by motion filed with the Fifth Circuit Court of Appeals.

Nathan Ochsner, Clerk

By: <u>Brittany Boniface</u>, Deputy Clerk