UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

|  |  |  |
|---|---|---|
| STATE OF TEXAS, et al. | ) | |
| | ) | |
| Plaintiffs | ) | |
| v. | ) | No. 6:23-cv-00007 |
| | ) | |
| DEPARTMENT OF HOMELAND SECURITY., et al. | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO EXCEED WORD LIMIT FOR RESPONSE TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Defendants respectfully request that the Court extend the word limit for Defendants' response to Plaintiffs' Motion for Preliminary Injunction, ECF No. 22, to 18,000 words. Plaintiffs' motion raises numerous complex issues that would be difficult to address under the Court's 5000-word limit for motions. 18,000 words is the same word limit the Court granted for Defendants' response to the motion for preliminary injunction in the Immigration and Customs Enforcement priorities case on the basis that the motion in that case raised a similar number of complex issues. *See* Order, *Texas v. United States*, No. 6:21-cv-00016 (S.D. Tex. May 18, 2021).

Defendants conferred with counsel for Plaintiffs and Defendant Intervenors, neither of whom oppose this motion. Defendants seek this enlargement for good cause and in the interest of justice, not for delay, and no party will be prejudiced if the word limit is increased. Accordingly, Defendants request that the Court increase the word limit for Defendants' response to 18,000 words.

Date:  June 13, 2023        Respectfully submitted,

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

WILLIAM C. PEACHEY
*Director*
Office of Immigration Litigation
District Court Section

EREZ REUVENI
*Assistant Director*

/s/ *Brian C. Ward*
BRIAN C. WARD
*Senior Litigation Counsel*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 616-9121
Email: brian.c.ward@usdoj.gov


*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on June 13, 2023, I filed this motion through the Court's CM/ECF system, which automatically served it upon all counsel of record.

/s/ *Brian C. Ward*
BRIAN C. WARD
U.S. Department of Justice

**CERTIFICATE CONFERENCE**

I certify that on June 12 and 13, 2023, I conferred with counsel for Plaintiffs and Intervenor Defendants, who informed me that they do not oppose this motion.

/s/ *Brian C. Ward*
BRIAN C. WARD
U.S. Department of Justice