United States Courts
Southern District of Texas
FILED
August 28, 2023
Nathan Ochsner, Clerk of Court

# United States Court of Appeals
# for the Fifth Circuit

_____

No. 22-40367
_____

A True Copy
Certified order issued Aug 28, 2023

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

State of Texas; State of Louisiana,

*Plaintiffs—Appellees*,

*versus*

United States of America; Alejandro Mayorkas, *Secretary, U.S. Department of Homeland Security*; United States Department of Homeland Security; Troy Miller, *Senior Official Performing the Duties of the Commissioner of U.S. Customs and Border Protection, in his official capacity*; United States Customs and Border Protection; Tae D. Johnson, *Acting Director, U.S. Immigration and Customs Enforcement, in his official capacity*; United States Immigration and Customs Enforcement; Tracy Renaud, *Senior Official Performing the Duties of the Director of the U.S. Citizenship and Immigration Services, in her official capacity*; U.S. Citizenship and Immigration Services,

*Defendants—Appellants.*

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 6:21-CV-16

_____

No. 22-40367

# UNPUBLISHED ORDER

Before Jones, Clement, and Engelhardt, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that Appellants' unopposed motion to dismiss the appeal is GRANTED.