Case 22-40367    Document: 00516874458    Page: 1    Date Filed: 08/28/2023

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 28, 2023

Mr. Nathan Ochsner
Southern District of Texas, Victoria
United States District Court
312 S. Main Street
Room 406
Victoria, TX 77901-0000

     No. 22-40367   State of Texas v. USA
                            USDC No. 6:21-CV-16

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.

                                       Sincerely,

                                       LYLE W. CAYCE, Clerk

                                       By: _____
                                       Dantrell L. Johnson, Deputy Clerk
                                       504-310-7689

cc w/encl:
    Mr. Matt A. Crapo
    Mr. Drew C. Ensign
    Mr. Daniel David Hu
    Mr. Eric Alan Hudson
    Mr. Sean Janda
    Mr. Adam David Kirschner
    Ms. Elizabeth Baker Murrill
    Ms. Lanora Christine Pettit
    Mr. Erez Reuveni
    Mr. Michael Shih
    Mr. Judd Edward Stone, II
    Mr. Daniel Bentele Hahs Tenny
    Mr. Ryan Daniel Walters